**RENNE PUBLIC LAW GROUP**
LOUISE RENNE (SBN 36508)
lrenne@publiclawgroup.com
RUTH M. BOND (SBN 214582)
rbond@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com
350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone:  (415) 848-7200
Facsimile:   (415) 848-7230

*Counsel for the Employees' Retirement System of Rhode Island*

[Additional counsel listed on signature page]

**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice*)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice*)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice*)
lwallace@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

LAURA POSNER (*pro hac vice*)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone:   (212) 220-2925
Facsimile:    (212) 838-7745

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHEN BUSHANSKY derivatively on behalf of PINTEREST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SILBERMANN, *et al.*,<br><br>Defendants,<br><br>- and –<br><br>PINTEREST, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 3:20-cv-08331-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD PLAINTIFF AND COUNSEL**<br><br>[CIVIL L.R. 6-1(b), 6-2(a), 6-3, 7-12]<br><br>Judge:         Hon. William H. Alsup<br>Courtroom:  Courtroom 12 – 19th Floor |

[Caption continued on next page]

| | |
|---|---|
| THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND derivatively on behalf of PINTEREST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN SILBERMANN, *et al*, <br><br> Defendants, <br><br> - and – <br><br> PINTEREST, INC., <br><br> Nominal Defendant. | Case No. 3:20-cv-08438-WHA |
| SAL TORONTO, TRUSTEE OF THE ELLIEMARIA TORONTO ESA, derivatively on behalf of PINTEREST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN SILBERMANN, *et al*, <br><br> Defendants, <br><br> - and – <br><br> PINTEREST, INC., <br><br> Nominal Defendant. | Case No. 3:20-cv-09390-WHA |

Plaintiffs Stephen Bushansky ("Bushansky"), The Employees' Retirement System of Rhode Island ("ERSRI"), and Sal Toronto, Trustee of the EllieMaria Toronto ESA ("Toronto") (together, "Plaintiffs") and Defendants Pinterest, Inc., Benjamin Silbermann, Evan Sharp, Todd Morgenfeld, Jeremy Levine, Jeffrey Jordan, Gokul Rajaram, Fredric Reynolds, Leslie Kilgore, and Michelle Wilson (together, "Defendants") (Plaintiffs and Defendants are, collectively, the "Parties") stipulate as follows regarding consolidation, appointment of interim lead plaintiff and executive committee plaintiffs, and interim lead counsel, executive committee counsel, and liaison counsel in Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390:

Stipulation and [Proposed] Order re Consolidation and Appointment of Interim Lead Plaintiff & Counsel, Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390

1	WHEREAS, there are three related shareholder derivative actions pending before the
2	Court, brought by Plaintiffs Bushansky (filed November 25, 2020), ERSRI (filed November 30,
3	2020), and Toronto (filed December 29, 2020);
4	WHEREAS, on December 22, 2020, Bushansky and ERSRI filed a motion for
5	consolidation of the *Bushansky* and *ERSRI* actions and for appointment of interim co-lead
6	plaintiffs, interim co-lead counsel, and interim liaison counsel (the "Consolidation Motion");
7	WHEREAS, on January 14, 2021, Toronto filed an administrative motion to continue the
8	January 28, 2021 hearing and to enlarge the time for Toronto to file an opposition to the
9	Consolidation Motion (*see Bushansky* action, Dkt. No. 41) (the "Administrative Motion");
10	WHEREAS, on January 20, 2021, the Parties filed a joint stipulation regarding the
11	Administrative Motion and a briefing and hearing schedule on cross-motions for consolidation and
12	appointment of interim co-lead plaintiffs, interim lead counsel, and interim liaison counsel (the
13	"Joint Stipulation");
14	WHEREAS, on January 20, 2021, the Court entered the Joint Stipulation and ordered
15	Toronto's cross-motion to be filed by January 21, 2021 and ERSRI and Bushansky's opposition
16	briefs to be filed by January 28, 2021 and continuing the motion hearing to February 25, 2021;
17	WHEREAS, following the filing of the Joint Stipulation, Plaintiffs met and conferred and
18	ERSRI and Bushansky agreed to withdraw their Consolidation Motion and Toronto agreed to
19	withdraw his Administrative Motion, effective upon the Court's approval of this stipulation;
20	WHEREAS, the Parties agree that the *Bushansky*, *ERSRI*, and *Toronto* actions (the
21	"Related Actions") involve common questions of law and fact, and assert substantially similar
22	derivative claims against members of Pinterest's Board of Directors and certain of the Company's
23	officers, such that consolidation would result in a substantial savings of judicial effort;
24	WHEREAS, if the Related Actions are consolidated, Plaintiffs in the Related Actions are
25	prepared to file within seven days of entry of the order a consolidated complaint that would be the
26	operative complaint in the consolidated action;
27	WHEREAS, the Parties agree that deferring the Defendants' response until after Plaintiffs
28

file the anticipated consolidated complaint will conserve party and judicial resources;

WHEREAS, the Plaintiffs seek appointment of ERSRI as Interim Lead Plaintiff and Bushansky and Toronto as Interim Executive Committee Plaintiffs;

WHEREAS, the Plaintiffs seek appointment of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Interim Lead Counsel, WeissLaw LLP ("WeissLaw") and Bottini & Bottini, Inc. ("Bottini & Bottini") as Interim Executive Committee Counsel, and the Renne Public Law Group as Interim Liaison Counsel; and

WHEREAS, Defendants take no position on the appointment of interim lead plaintiffs or counsel;

IT IS HEREBY STIPULATED AND AGREED by the parties in the above-captioned actions, subject to the Court's approval, by and through their undersigned counsel:

1. The above-captioned cases and any related actions subsequently filed in this District are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The consolidated caption shall be *In re Pinterest Derivative Litigation*, Lead Case No. 3:20-cv-08331-WHA.

2. A consolidated complaint shall be filed within seven days of entry of an order approving this stipulation.

3. Defendants are not required to answer or otherwise respond to the current complaints in the above-captioned cases.

4. ERSRI is hereby appointed Interim Lead Plaintiff.

5. Bushansky and Toronto are hereby appointed Interim Executive Committee Plaintiffs.

6. Cohen Milstein is hereby appointed Interim Lead Counsel.

7. WeissLaw and Bottini & Bottini are hereby appointed Interim Executive Committee Counsel.

8. The Renne Public Law Group is hereby appointed Interim Liaison Counsel.

9. Interim Lead Counsel shall have authority over the following matters on behalf of

all plaintiffs: (a) convening meetings of plaintiffs' counsel; (b) in consultation with the Executive Committee, making assignments regarding initiating, responding to, scheduling, and briefing of motions, determining the scope, order and conduct of all discovery proceedings, and assigning work to plaintiffs' counsel in such a manner as to avoid duplication of effort and inefficiencies; (c) retaining experts; and (d) other matters concerning the prosecution of or resolution of the cases. No settlement negotiations are to be held without prior approval of the Court.

10. All plaintiffs' counsel shall keep contemporaneous time and expense records and exchange such records upon request with Interim Lead Counsel.

11. Interim Lead Counsel shall have authority to communicate with Defendants' counsel and the Court on behalf of derivative plaintiffs. Defendants' counsel may rely on all agreements made with Interim Lead Counsel, and such agreements shall be binding.

12. Interim Lead Counsel is charged with administrative matters such as receiving and distributing pleadings, notices, orders, motions and briefs, and advising parties of developments in the case.

13. Interim Lead Counsel shall coordinate activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

**IT IS SO STIPULATED.**

DATED: January 21, 2021                    Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice*)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice*)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice*)
lwallace@cohenmilstein.com

_____*/s Julie Goldsmith Reiser*_____
Julie Goldsmith Reiser

1100 New York Ave. NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600

Stipulation and [Proposed] Order re Consolidation and Appointment of Interim Lead Plaintiff & Counsel, Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390

Facsimile: (202) 408-4699

LAURA POSNER (*pro hac vice*)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone: (212) 220-2925
Facsimile: (212) 838-7745

*Counsel for Plaintiff The Employees' Retirement System of Rhode Island*

DATED: January 21, 2021

**WEISSLAW LLP**
JOSEPH H. WEISS (*pro hac vice*)
jweiss@weisslawllp.com

_____*/s Joseph H. Weiss*_____
Joseph H. Weiss

DAVID C. KATZ (*pro hac vice*)
dkatz@weisslawllp.com
JOSHUA M. RUBIN (*pro hac vice*)
jrubin@weisslawllp.com
KELLY K. MORAN (*pro hac vice*)
kmoran@weisslawllp.com
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

JOEL E. ELKINS (SBN 256020)
jelkins@weisslawllp.com
9100 Wilshire Boulevard, #725 E
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Counsel for Plaintiff Stephen Bushansky*

DATED: January 21, 2021

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
ALBERT Y. CHANG (SBN 296065)
achang@bottinilaw.com
ANNE BESTE (SBN 326881)
abeste@bottinilaw.com

Stipulation and [Proposed] Order re Consolidation and Appointment of Interim Lead Plaintiff & Counsel, Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390

YURY A. KOLESNIKOV (SBN 271173)
ykolesnikov@bottinilaw.com

        */s Francis A. Bottini, Jr.*
      Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002

*Counsel for Plaintiff Sal Toronto,
Trustee of the EllieMaria Toronto ESA*

DATED:  January 21, 2021    **RENNE PUBLIC LAW GROUP**
LOUISE H. RENNE (SBN 36508)
lrenne@publiclawgroup.com
RUTH M. BOND (SBN 214582)
rbond@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com

        */s Louise H. Renne*
      Louise H. Renne

350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone:  (415) 848-7200
Facsimile:  (415) 848-7230

*Counsel for Plaintiff The Employees' Retirement System of Rhode Island*

DATED:  January 21, 2021    **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
BORIS FELDMAN (SBN 128838)
boris.feldman@freshfields.com
DORU GAVRIL (SBN 282309)
doru.gavril@freshfields.com
DREW LIMING (SBN 305156)
drew.liming@freshfields.com

        */s Boris Feldman*
      Boris Feldman

Stipulation and [Proposed] Order re Consolidation and Appointment of Interim Lead Plaintiff & Counsel, Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390

2710 Sand Hill Road Menlo Park, CA 94025
Telephone: (650) 618-9250

MARY EATON (admitted *pro hac vice*)
mary.eaton@freshfields.com
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000

*Counsel for Nominal Defendant Pinterest, Inc. and Individual Defendants Benjamin Silbermann, Jeffrey Jordan, Leslie J. Kilgore, Jeremy S. Levine, Gokul Rajaram, Fredric G. Reynolds, Evan Sharp, Todd Morgenfeld, and Michelle Wilson*

\*   \*   \*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: _____, 2021

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

---

Stipulation and [Proposed] Order re Consolidation and Appointment of Interim Lead Plaintiff & Counsel, Case Nos. 3:20-cv-08331, 3:20-cv-08438, and 3:20-cv-09390