**RENNE PUBLIC LAW GROUP**
LOUISE RENNE (SBN #36508)
lrenne@publiclawgroup.com
RUTH M. BOND (SBN #214582)
rbond@publiclawgroup.com
STEVE CIKES (SBN #235413)
scikes@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN #309091)
abondarchuk@publiclawgroup.com
350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone:  (415) 848-7200
Facsimile:  (415) 848-7230

*Counsel for Plaintiffs*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice*)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice*)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice*)
lwallace@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

LAURA POSNER (*pro hac vice*)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone:  (212) 220-2925

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Pinterest Derivative Litigation* | Lead Case No. 3:20-cv-08331-WHA<br><br>**DECLARATION OF LOUISE RENNE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Date : January 13, 2022<br>Time: 8:00am<br>Courtroom 12, 19th Floor<br>The Honorable William Alsup |

I, Louise Renne, hereby declare as follows:

1. I am an attorney with the law firm Renne Public Law Group, and counsel for Plaintiff Employees Retirement System of Rhode Island. I make this declaration in support of Plaintiffs Unopposed Motion for Preliminary Approval of Settlement. I have personal knowledge of the matters

1. stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated November 23, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Pendency and Proposed Settlement of Derivative Actions.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Summary Notice of Pendency and Proposed Settlement of Derivative Actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this twenty-fourth day of November 2021.

*Louise H. Renne*

Louise Renne