BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
M. ABIGAIL WEST, State Bar No. 324456
abigail.west@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250

*Attorneys for Nominal Defendant Pinterest, Inc. and Individual Defendants Benjamin Silbermann, Evan Sharp, Todd Morgenfeld, Jeremy S. Levine, Jeffrey Jordan, Fredric G. Reynolds, Leslie J. Kilgore, Gokul Rajaram, and Michelle Wilson*

[Counsel for additional parties on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Pinterest Derivative Litigation* | Case No.: 3:20-cv-08331<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       December 3, 2021<br>Time:       11:00 a.m.<br>Location:  Courtroom 12 - 19th Floor<br>Judge:      The Hon. William Alsup |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-08331

**JOINT CASE MANAGEMENT STATEMENT**

Interim Lead Plaintiff The Employees' Retirement System of Rhode Island, Interim Executive Committee Plaintiffs Stephen Bushansky and Sal Toronto, Trustee of the EllieMaria Toronto ESA, and Howard Petretta (together, "Plaintiffs"), Nominal Defendant Pinterest, Inc. ("Pinterest"), and Individual Defendants Benjamin Silbermann, Evan Sharp, Todd Morgenfeld, Jeremy Levine, Jeffrey Jordan, Gokul Rajaram, Fredric Reynolds, Leslie Kilgore, Andrea Wishom, and Michelle Wilson (together, "Individual Defendants"; collectively with Pinterest, "Defendants") (Plaintiffs and Defendants are, collectively, the "Parties") in the above-captioned consolidated case hereby jointly submit this Joint Case Management Statement pursuant to Civil Local Rule 16-10, in connection with the scheduled Case Management Conference noted above.

**1.     RELEVANT PROCEDURAL BACKGROUND**

Plaintiffs filed three verified shareholder derivative complaints on behalf of nominal defendant Pinterest: 3:20-cv-08331, ECF No. 1; 3:20-cv-08438, ECF No. 1; and 3:20-cv-09390, ECF No. 1. On February 19, 2021, the Court consolidated these three cases and appointed an Interim leadership structure. ECF No. 49. On February 26, 2021, Plaintiffs filed a consolidated complaint (the "Consolidated Complaint"), asserting claims for (1) breach of fiduciary duty, (2) waste of corporate assets, (3) abuse of control, (4) unjust enrichment, and (5) violations of Section 14(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder. The Consolidated Complaint alleges that Plaintiffs have standing to bring the shareholder derivative claims because a demand on Pinterest's board of directors would have been futile.

On April 22, 2021, Pinterest moved to dismiss the Consolidated Complaint pursuant to Federal Rule of Civil Procedure 23.1 on the grounds that Plaintiffs had failed to adequately allege that demand would have been futile. ECF No. 69. In addition, the Individual Defendants filed a joinder, arguing that the Consolidated Complaint should also be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 72. On May 27, 2021, Plaintiffs opposed Pinterest's motion to dismiss. ECF No. 73.

Pursuant to the stipulation of the Parties, on June 1, 2021, the Court referred the case to the Northern District of California ADR Program, appointed Chief Magistrate Judge Spero as Special

Master, and postponed the filing of Defendants' reply brief in support of their motion to dismiss while the Parties engaged in the mediation process. ECF No. 76. Pursuant to the Court's June 1, 2021 Order, if the matter has not been resolved by the date that Magistrate Judge Spero determines that the ADR process has been completed, Defendants' reply brief in support of the motion to dismiss will be due two weeks after that announced completion date. On September 9, 2021, the Parties held a case management conference at which time the Court granted a short extension of the ADR period. The Court granted another extension on October 8, 2021.

On July 19, 2021, Plaintiffs filed an unopposed notice of consolidation of related case (No. 3:21-cv-05385-SK). ECF No. 85. On July 20, 2021, the Court issued an order relating and reassigning the related case. ECF No. 86. On October 6, 2021, the Court consolidated the related case.

**2. UPDATE ON MEDIATION STATUS**

The Parties, under the supervision and with the guidance of Magistrate Judge Spero, have reached an agreement to settle this action and have executed a Stipulation of Settlement. Plaintiffs are filing a motion for preliminary approval of the proposed settlement concurrently with this Joint Case Management Statement.

| | |
|---|---|
| Dated: November 24, 2021 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| | By: */s/ Boris Feldman* |
| | Boris Feldman |
| | *Attorneys for Defendants* |
| Dated: November 24, 2021 | **RENNE PUBLIC LAW GROUP** |
| | By: */s/ Louise Renne* |
| | Louise Renne |
| | LOUISE RENNE (SBN 36508) |
| | lrenne@publiclawgroup.com |
| | RUTH M. BOND (SBN 214582) |
| | rbond@publiclawgroup.com |
| | ANASTASIA BONDARCHUK (SBN 309091) |
| | abondarchuk@publiclawgroup.com |
| | 350 Sansome St., Suite 300 |
| | San Francisco, CA 94104 |

Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

**COHEN MILSTEIN SELLERS & TOLL PLLC**

JULIE GOLDSMITH REISER (*pro hac vice*)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice*)
mbowen@cohenmilstein.com
LYZETTE WALLACE (*pro hac vice*)
lwallace@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

LAURA POSNER (*pro hac vice*)
lposner@cohenmilstein.com
88 Pine St., 14th Floor
New York, NY 10005
Telephone: (212) 220-2925
Facsimile:  (212) 838-7745

*Attorneys for Interim Lead Plaintiff the Employees' Retirement System of Rhode Island*

**WEISSLAW LLP**

JOEL E. ELKINS (SBN 256020)
jelkins@weisslawllp.com
9100 Wilshire Boulevard, #725 E
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile:  (310) 209-2348

JOSEPH H. WEISS (*pro hac vice*)
jweiss@weisslawllp.com
DAVID C. KATZ (*pro hac vice*)
dkatz@weisslawllp.com
JOSHUA M. RUBIN (*pro hac vice*)
jrubin@weisslawllp.com
KELLY K. MORAN (*pro hac vice*)
kmoran@weisslawllp.com
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile:  (212) 682-3010

*Counsel for Interim Executive Committee Plaintiff Stephen Bushansky*

**BOTTINI & BOTTINI, INC.**

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
ALBERT Y. CHANG (SBN 296065)
achang@bottinilaw.com
ANNE BESTE (SBN 326881)
abeste@bottinilaw.com
YURY A. KOLESNIKOV (SBN 271173)
ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:  (858) 914-2002

*Counsel for Interim Executive Committee Plaintiff Sal Toronto*

**ROBBINS LLP**

GREGORY E. DEL GAIZO (SBN 247319)
5040 Shoreham Place
San Diego, CA 92122
Tel: 619-525-3990

*Counsel for Plaintiff Howard Petretta*

## CERTIFICATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concurred in this filing.

Dated: November 24, 2021                                By: */s/ Boris Feldman*
                                                                                    Boris Feldman