UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***IN RE PINTEREST DERIVATIVE LITIGATION***

No. C 20-08331-WHA
No. C 20-08438-WHA
No. C 20-09390-WHA
No. C 21-05385-WHA

(Consolidated)

This Document Relates to:

ALL ACTIONS.

**ORDER REQUESTING ADDITIONAL INFORMATION RE NDA POLICY**

Plaintiffs' counsel represented at the hearing that Pinterest agreed to stop requiring NDAs for any future harassment or discrimination suits. The special committee recommendations did not involve this policy change. The settling parties shall provide a sworn statement establishing, *first,* whether what counsel said is true, that Pinterest has committed not to require *any* NDAs in resolutions of harassment or discrimination complaints, *second*, the date that this change went into effect, *third*, that what counsel implied is true: that Pinterest will not change its policy back to requiring NDAs for harassment and discrimination complaint resolution, and *fourth*, what specific notice of this policy has been or will be given to those subject to NDAs? A sworn response is due in **FIVE DAYS**.

**IT IS SO ORDERED.**

Dated: February 2, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE