UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ***IN RE PINTEREST DERIVATIVE LITIGATION*** | No.  C 20-08331-WHA<br>No.  C 20-08438-WHA<br>No.  C 20-09390-WHA<br>No.  C 21-05385-WHA<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS. | **ORDER REQUIRING SWORN STATEMENT ABOUT NDAS BY REPRESENTATIVE OF PINTEREST, INC** |

The Court appreciates the sworn response by plaintiff's counsel but requires a sworn statement by a representative of defendant Pinterest, Inc. responding to all questions posed in Dkt. No. 110.  A sworn response is due **FRIDAY, FEBRUARY 11, AT NOON**.

**IT IS SO ORDERED.**

Dated:  February 8, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE