UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ***IN RE PINTEREST DERIVATIVE LITIGATION*** | No. C 20-08331-WHA<br>No. C 20-08438-WHA<br>No. C 20-09390-WHA<br>No. C 21-05385-WHA |
| | (Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS. | **FINAL JUDGMENT** |

The parties requested that the Court enter final judgment to trigger the terms of the settlement agreement (Dkt. No. 135). For the reasons stated in the June 9 order granting final approval and attorney's fees (Dkt. No. 134), final judgment is hereby entered. As that order stated, the settlement is approved as fair and reasonable and "[t]he settlement is to be consummated in accordance with its terms" (*id*. at 7).

To avoid further delay, the language in the parties' proposed order (Dkt. No. 117-1) is hereby adopted to the extent it is consistent with the June 9 order. In particular, the Court shall retain jurisdiction as described in that order. The Clerk shall close the files.

**IT IS SO ORDERED.**

Dated: June 23, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE