COHEN MILSTEIN

<div align="right">
Julie Goldsmith Reiser
(202) 408-4600
jreiser@cohenmilstein.com
</div>

June 30, 2023

**VIA ELECTRONIC FILING**
Honorable William Alsup
San Francisco Courthouse
Courtroom 12-19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

       Re:     *In re Pinterest Derivative Litigation*, 3:20-cv-08331-WHA

Dear Judge Alsup:

Pursuant to the terms of the Settlement Agreement and the Court's Final Approval Order of June 9, 2022 (Dkt. No. 134) (the "Order"), in our capacity as Monitoring and Compliance Counsel we have undertaken the following steps:  reviewed Pinterest's Inclusion & Diversity Report for 2022 (published April 19, 2023), reviewed and assessed the documents attached herein to evaluate Pinterest's progress against the settlement terms, attended the quarterly Inclusion Advisory Council meeting, interviewed Pinterest's Global Head of Inclusion & Diversity, and monitored public news regarding Pinterest as an employer and as an influencer in the technology community.  Monitoring and Compliance Counsel respectfully submit the following additional information and report regarding monitoring and compliance with the Settlement.

      1.      **Progress made toward each goal of the settlement.**

Counsel respectfully refer the Court to the table attached as Exhibit 1 comparing the Settlement terms with the efforts Pinterest has undertaken to date. Based on documents and data we have reviewed, we believe that appropriate progress has been made.

The settlement allocates $50 million to DEI initiatives over ten years. In the current time frame of November 2022 through May 2023, Pinterest reports having spent $3,047,672.52. Accordingly, in the first year of the Settlement, and taking into account Pinterest's last reported spend of $2,383,679.26, Pinterest has spent a total of $5,431,351.78. At this continued rate of

COHEN MILSTEIN

June 30, 2023
Page 2

spending, Pinterest will achieve the Settlement requirement of expending $50 million over ten years.

### 2.    Documents reflecting Pinterest's efforts.

As requested by the Order, the following documents are attached:
Exhibit 2: "audit reports presented to the Audit Committee on a periodic basis as the audits progress" and the accompanying "summary" provided "to the full board on an annual basis" (Dkt. No. 99-1, Exh. A § II, ¶ 6);
Exhibit 3: 2022 Inclusion & Diversity Report (*id.* § IV, ¶ 2);
Exhibit 4: Inclusion & Diversity Team's quarterly reports (*id.* § VIII, ¶ 1);
Exhibit 5: "bi-annual audits for pay equity" (*id.* § XIII, ¶ 1); and
Exhibit 6: annual report tracking "the spending of funds used for implementation and maintenance of the reforms" (*id.* § XIV, ¶ 1).

### 3.    Additional update regarding changes at Pinterest.

Pinterest's 2022 *Inclusion & Diversity Report* explains that inclusion is a business imperative and that in order to foster an inclusive website, it first must inspire individuals from all backgrounds to do their most fulfilling work. This premise is underscored by the Pinclusion philosophy: "the creation of an inclusive culture where employees flourish through representation and belonging, where Pinners thrive with inspiration and where Pinterest grows through innovation."

Monitoring & Compliance Counsel note that women have increased representation in leadership positions by 7%, now holding 40% of Pinterest's leadership roles. This exceeds the goal that Pinterest set for itself to achieve by 2025. As with the industry more broadly, engineering positions are predominantly male, and Pinterest has only modestly improved its representation of female engineers by 1% from 30% to 31%. Likewise, Pinterest has not yet reached its 2025 internal goal of 20% representation from under-represented ethnicities and races. To meet its internal goal would require an increase in representation by 3% over the next year and a half.

Pinterest regularly reviews employee experience survey scores, job leveling distributions, and talent management decisions pursuant to the Settlement agreement.

Pinterest has recently hired a new CFO, Julia Brau Donnelly. Additionally, in April 2023, Pinterest announced it had hired a new Chief Product Officer, Sabrina Ellis. Both women will serve on Pinterest's executive team and will report directly to CEO Bill Ready.

To date, we believe that the CEO Bill Ready and Chief Legal Officer Wanji Walcott have proceeded with Pinterest's settlement commitment, and in some cases, have exceeded our

---

Submission Regarding Monitoring of and Compliance with the Settlement

COHENMILSTEIN

June 30, 2023
Page 3

expectations in prioritizing diversity, equity, and inclusion by meeting all expected goals and some ahead of agreed-upon deadlines. We hope that remains the case as the new CFO becomes integrated into the executive team.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Julie Goldsmith Reiser*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
JULIE GOLDSMITH REISER (*pro hac vice*)
jreiser@cohenmilstein.com
MOLLY BOWEN (*pro hac vice*)
mbowen@cohenmilstein.com
1100 New York Ave. NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Monitoring and Compliance Counsel*

**RENNE PUBLIC LAW GROUP**
LOUISE RENNE (SBN #36508)
lrenne@publiclawgroup.com
350 Sansome St., Suite 300
San Francisco, CA 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Monitoring and Compliance Counsel*

Submission Regarding Monitoring of and Compliance with the Settlement

| Settlement Citation | Category in the Settlement | Requirement | Status - Fall 2022 | Status - Spring 2023 |
|---|---|---|---|---|
| II.1 | Board Oversight Changes | The Chief Executive Officer will partner with the Chair of the "Talent Development and Compensation Committee" or the lead independent director to serve as the Chief Executive Officer's co-sponsor in DEI work at Pinterest (the "Board Liaison"). | In Progress | In Progress |
| II.2 | Board Oversight Changes | The TDCC will oversee coaching of the Executive Team by RHR International (or by other such similarly qualified coaches) and will continue to retain them if they meet the goals for which they were retained. The Executive Team reports to the TDCC periodically about its progress on diversity metrics and progress on meeting diverse slates during the hiring process. | Complete | Complete |
| II.2 | Board Oversight Changes | The coaching (of the Executive team by RHR) will focus on promoting a respectful and inclusive workplace, including strategies for making employees feel heard and valued, encouraging efficient and inclusive decision-making, mitigating bias, and leading by example on DEI initiatives. | Complete | Complete |
| II.3 | Board Oversight Changes | The Global Head of Inclusion & Diversity and the Chief People Officer will have a direct communication line to and will meet twice a year, at minimum, with the TDCC in a session that the Chief Executive Officer does not attend to discuss Pinterest's progress on DEI goals, impediments to achieving those goals, and whether members of Pinterest's Executive Leadership Team have served as champions of DEI work or impediments to their work. | In Progress | Complete |
| II.4 | Board Oversight Changes | The Board, or a committee thereof, will oversee any departure by a member of the Executive Leadership Team, including by reviewing the reason for the executive's departure, any material legal risks implicated by their departure, and any recommendations for changes to Company policy or procedure arising from the executive's tenure and/or departure. In the event that the Board determines that additional diligence is necessary, including interviewing the departing Executive, the Board will undertake such diligence. | In Progress | Complete |
| II.5 | Board Oversight Changes | Complaints of serious discrimination, harassment, or retaliation involving a member of the Executive Leadership Team or a Board member are escalated to the Audit Committee. | Complete | Complete |
| II.6 | Board Oversight Changes | Pinterest shall create a process for Internal Audit to evaluate progress on the implementation of measurable DEI reforms, with audit reports presented to the Audit Committee on a periodic basis as the audits progress and summary to the full board on an annual basis. | In Progress | Complete |
| II.7 | Board Oversight Changes | When adding new board members, Pinterest commits to considering the background, experience, and training of Board candidates in DEI issues, as well as ensuring that the new members receive training on DEI best practices, which could include training on inclusivity and unconscious bias. | In Progress | In Progress |
| II.8 | Board Oversight Changes | The Special Committee (or after the committee sunsets, the TDCC) will be advised by the Chief Executive Officer, Board Liaison, Global Head of Inclusion & Diversity, and Chief People Officer on the Implementation Team's progress on DEI goals. | Complete | Complete |
| II.9 | Board Oversight Changes | The "DEI Senior Leadership Team" will be comprised of the Board Liaison, Chief Executive Officer, Global Head of Inclusion & Diversity, Chief People Officer, General Counsel, and the top executives in each organization. | Complete | Complete |
| II.10 | Board Oversight Changes | Information gathered through Pulse surveys, listening sessions, and training evaluations should be analyzed and on a twice-annual basis, aggregated and presented to the DEI Senior Leadership Team and TDCC. If widespread or systemic concerns are raised by employees, the Company should take action to address them or document the reasons they did not take action. | In Progress | In Progress |
| III.1 | Ombuds Office | Pinterest shall maintain an Ombuds Office pilot program for at least two years. | In Progress | In Progress |
| III.1 | Ombuds Office | At the onset of the pilot program, Pinterest agrees to retain tEQuitable as the service provider for the Ombuds Program and will continue to retain tEQuitable if it meets the goals for which it was retained. | Complete | Complete |
| III.1 | Ombuds Office | To ensure the Ombuds Office has context for the individual employee experience, it will be provided with access as needed to DEI and People information including Pulse surveys, training assessments, listening sessions, and transcripts of All-Hands meetings. | Complete | Complete |
| III.1 | Ombuds Office | It will be charged with providing confidential advice to individual employees about how to handle potential complaints and with gathering information that could provide insight about possible systemic problems that inhibit progress in creating a diverse and inclusive environment. | Complete | Complete |
| III.1 | Ombuds Office | The Ombuds Office will report substantively to the TDCC. The Ombuds Office will report periodically its observations of the company, at least twice a year, to the TDCC. The TDCC will decide whether to continue the program after the initial pilot program phase. | Complete | Complete |
| IV.1 | Transparency | Pinterest agrees not to enforce non-disclosure agreements for individuals who made gender or race discrimination claims so long as they only discuss the underlying facts and circumstances of incidents and reporting process. | In Progress | Complete |

| IV.2 | Transparency | Pinterest will publish a diversity report twice a year for two years, and thereafter will do so annually. The report will describe, at a high level, progress made in implementation of DEI goals and pay equity. | In Progress | Complete |
|---|---|---|---|---|
| IV.3 | Transparency | Assess progress toward DEI goals. Pinterest shall use employee survey responses and broader people data to measure progress toward DEI goals. | Complete | Complete |
| V.1 | Responsibility | In recognition of the critical importance and substantial amount of DEI work to be done at Pinterest and the significant recent turnover in key roles with responsibility for DEI, the Company must take steps to emphasize that executives filling those roles are responsible for the results of DEI initiatives, along with the CEO and the Executive Leadership Team. | In Progress | In Progress |
| V.2 | Responsibility | The Global Head of Inclusion & Diversity should have the title of "Chief Diversity, Equity, and Inclusion Officer." | In Progress | Complete |
| V.3 | Responsibility | Plaintiffs' proposed rubric, in the form noted in Appendix A hereto, will be considered in evaluating the skills of applicants for Global Head of Inclusion and Diversity. | Complete | Complete |
| VI.1 | Accountability | During the settlement's first year each member of the Executive Leadership Team will develop DEI people/culture and DEI business initiatives in consultation with the Chief People Officer and the Global Head of Inclusion & Diversity. Each member of the Executive Leadership Team shall revisit such initiatives and efforts on a yearly basis and amend them as needed. | In Progress | Complete |
| VI.2 | Accountability | Pinterest should promote DEI across its broader community of employees simultaneous to and integrated with its work on enhancing internal DEI initiatives. This promotion will include support of Employee Resource Groups and providing employees with DEI-related discussion and training opportunities. | Complete | Complete |
| VI.3 | Accountability | Pinterest will strengthen its process for including DEI people/culture and DEI business initiatives and efforts in every manager's performance evaluation. Annual evaluations will assess managers' progress in creating an inclusive workplace culture, with each manager's evaluation including the manager's reflection upon their own efforts. The People goals will support and encourage meaningful progress toward the overall diverse representation and inclusive culture goals. | Complete | Complete |
| VII.1 | Accountability | Pinterest is committed to maintaining a workplace free from discrimination and retaliation and ensuring that its culture creates accountability in order to ensure equal opportunity and a fair workplace for all. | Complete | Complete |
| VII.2 | Vision | Pinterest's vision and the work of the Implementation Team and Inclusive Product Team should reflect DEI aspirations with respect to both Pinterest's employees and Pinterest's content. | Complete | Complete |
| VII.3 | Vision | Pinterest will form an Inclusion Advisory Council, it the form noted in Appendix B, including experts external to the company who are knowledgeable about diversity and inclusion who can provide expertise and advice to the company. | Complete | Complete |
| VII.3 | Vision | After the initial two years of the Council's existence, the TDCC will evaluate whether the Council  (inclusion advisory council) is effective in helping the company to achieve its DEI goals. | In Progress | In Progress |
| VIII.1 | I&D | The I&D Team shall track the progress of its strategic plan and report such progress quarterly to the Global Head of Inclusion & Diversity, as well as, with respect to org-specific plans, the head of each business unit. | Complete | Complete |
| IX.1 | Implementation | Accountability for implementation of this agreement will rest with the Global Head of Inclusion & Diversity and the top executives in each organization. The Implementation Team will also have a direct line of communication to the Board Liaison. | Complete | Complete |
| X.1 | Safety | As a preventative measure, the Company's Acceptable Use Policy shall expressly prohibit doxxing. | Complete | Complete |
| X.1 | Safety | The Company's response to a possible doxxing incident shall include, where appropriate, utilizing an internal escalation and alert protocol, offering employees targeted by doxxing attacks online presence curation services, and using a specialized third-party vendor to help remove the abusive content, where feasible. The Company will consider whether a public statement of support is appropriate (with the targeted employee's consent). | Complete | Complete |
| XI.1 | People | The company will offer women and people of color who are leaders at the company the opportunity to attend a well-recognized external leadership development program focused on formal leadership development, e.g. as offered by Harvard Business School and Stanford Graduate School of Business. | Complete | Complete |
| XI.2 | People | For Employee Resource Groups, community leaders are compensated with a stipend of S5K for each co-president and $2.5K for VPs per year, and are subject to term limits. | Complete | Complete |
| XI.3 | People | The company adopts the Inclusive Product Program described in Appendix C. | Complete | Complete |
| App. C | Inclusive Product | The Inclusive Product Program is central to Pinterest's operational goal to foster DEI internally and through its platform development. | Complete | Complete |
| App. C | Inclusive Product | In order to ensure that Pinterest's emphasis on diversity and inclusion remain core to the Company's values, products, and platform, a cross-functional Inclusive Product Team will be located within the Products organization. | Complete | Complete |

CONFIDENTIAL

| App. C | Inclusive Product | The Inclusive Product Team will be led by the Head of Inclusive Product. | Complete | Complete |
|--------|-------------------|--------------------------------------------------------------------------|----------|----------|
| App. C | Inclusive Product | At least 20 different employees from across Pinterest will contribute to and be considered part of the Inclusive Product Team. | In Progress | Complete |
| App. C | Inclusive Product | In order to benefit from different areas of expertise across the Company, the Inclusive Product Team will be cross-functional and include, among others and as the work of the Inclusive Product Team requires, engineers, data scientists, researchers, public policy personnel, and designers. | Complete | Complete |
| App. C | Inclusive Product | The Inclusive Product Team will identify a pipeline of project opportunities for using Pinterest to promote diversity and inclusion and, as appropriate, Pinterest will commit the financial resources to such projects. | Complete | Complete |
| App. C | Inclusive Product | The Head of Inclusive Product, the Global Head of Inclusion and Diversity, and the Head of Social Impact and Philanthropy will meet to evaluate opportunities for Pinterest to use its products to promote diversity and inclusion. | In Progress | Complete |
| App. C | Inclusive Product | The Head of Inclusive Product will also meet at least annually with the Inclusion Advisory Council designed to elicit new ideas for product inclusion initiatives. | Complete | Complete |
| App. C | Inclusive Product | The Head of Inclusive Product will have funding to retain such experts and advisors as appropriate to further the mission of the Inclusive Product Team. | Complete | Complete |
| App. C | Inclusive Product | Members of the Inclusive Product Team will receive annual training in programs related to DEI and/or behavioral science, such as unconscious bias. | Complete | Complete |
| App. C | Inclusive Product | The Company will provide opportunities for members of the Inclusive Product Team to attend conferences concerning diversity and inclusion in the technology industry, such as Grace Hopper. | Complete | Complete |
| App. C | Inclusive Product | The Inclusive Product Team will offer two paid internships and/or apprenticeships every year to individuals from backgrounds traditionally underrepresented in technology. Pinterest's recruitment effort for these positions will include, for example, Historically Black Colleges and Universities and Hispanic-Serving Institutions. | In Progress | Complete |
| App. C | Inclusive Product | At least once a year, the Head of Inclusive Product will present to the TDCC. The presentation will provide the TDCC with updates on the Inclusive Product Team's current efforts and initiatives, in addition to its ideas for potential future initiatives. | In Progress | Complete |
| XII.1 | Communities | Sponsors will be evaluated annually for their fulfillment of DEI goals. | In Progress | Complete |
| XII.1 | Communities | Sponsors will participate in trainings on avoiding discrimination, harassment, and/or retaliation. | In Progress | In Progress |
| XII.2 | Communities | The company will allocate funds to Communities (Employee Resource Groups) focused on employees who are women and/or people of color. | Complete | Complete |
| XIII.1 | Processes | Pinterest will require bi-annual audits for pay equity across gender and racial categories, and take any steps needed to maintain this equity. This review should examine ratings, promotion, and compensation. Pinterest will use Secretariat Economists as the third-party audit provider and will continue to retain them if they meet the goals for which they were retained. The TDCC must approve any substitution of Secretariat Economists. The Company will consider the audit information in deciding what, if any, corrective action to take. | Complete | Complete |
| XIII.2 | Processes | The Company will review, every other year, and update if appropriate its frameworks for hiring, leveling, performance evaluation, and promotion, and document any changes over time (including the rationale and/or research supporting those changes). | Complete | Complete |
| XIII.3 | Processes | Provide guidance to candidates prior to their interviews of what they can expect at the interview (for example, will they be asked to do a role play, asked open-ended questions about past experience, etc.) and advise candidates that they can speak to the recruiter if they have any concerns about the interview process | Complete | Complete |
| XIII.4 | Processes | The Company will ensure that the interview and post-interview evaluation process is standardized across candidates interviewing for equivalent positions, and structured with the aim of reducing the risk of bias in the interview process. | Complete | Complete |
| XIII.5 | Processes | Any individual participating in an interview process will have completed training on inclusive hiring practices. This training will review the different forms of bias that might impact the hiring process. To the extent practicable, the Company will include diverse employees in the panels that interview job candidates. | Complete | Complete |
| XIII.6 | Processes | Pinterest's Diverse Slates Policy shall state that "It is recommended that the exception process be triggered only after valid sourcing efforts have been made, or when making an opportunistic hire for a role that is important for Pinterest's business objectives and there is a limited pool of qualified candidates" and "If a business unit has not considered diverse slates for at least 80% of positions open in the prior year, the head of the organization, the Chief People Officer, and Chief Diversity Officer will collaborate to evaluate whether improvements need to be made to its recruiting process." Individuals authorized to approve exceptions to the diverse slate requirements will consider the number of exceptions requested and made to date. | Complete | Complete |
| XIII.7 | Processes | Pinterest will offer award programs that can be used to recognize employees for significant efforts to promote DEI. | Complete | Complete |

| | | | | |
|---|---|---|---|---|
| XIII.8 | Processes | The company will include in its Central Role Expectations that a core competency for every position that involves supervision or management is competence in managing a diverse workforce and promoting equity. | Complete | Complete |
| XIII.9 | Processes | Current employees will have electronic access to the company organization chart, and to job level information for employees throughout the company. Employees will also have access to compensation ranges for all levels within their job family. | Complete | Complete |
| XIII.10 | Processes | Managers should be evaluated against their core and functional competencies, including leadership behaviors that are focused on their effectiveness as performance managers and career developers. | Complete | Complete |
| XIII.11 | Processes | Annually, managers should be evaluated and held accountable for providing regular and meaningful feedback guided by role expectations. | Complete | Complete |
| XIII.12 | Processes | Pinterest will train employees regarding the way in which evaluation on perceived personality traits may introduce undue bias in employee evaluations rather than promote business objectives. | Complete | Complete |
| XIII.13 | Processes | Training should be evidence-based (including hypothetical scenarios and/or role playing), designed with clear, measurable goals in mind. | Complete | Complete |
| XIII.14 | Processes | Pinterest shall include interactive components in its mandatory online workplace training to drive engagement, effectiveness and impact. Employees will have an opportunity to share feedback on the training through surveys or other listening systems. | Complete | Complete |
| XIII.15 | Processes | Pinterest will require participation in trainings on inclusivity, unconscious bias, and bystander intervention. | Complete | Complete |
| XIII.16 | Processes | Pinterest's anti-harassment and anti-discrimination training should be designed to ensure that the company's vision for diversity, inclusion, and equal opportunity is reinforced at every level and reflected in the handling of discrimination, harassment, and retaliation complaints. | Complete | Complete |
| XIII.17 | Processes | Pinterest's trainings on the Total Rewards processes should explain the philosophy behind the processes; explain the criteria that should be relied upon for making leveling, compensation, performance evaluation, assignment and promotion decisions; and emphasize the importance of consistency in making these decisions. | Complete | Complete |
| XIII.18 | Processes | Pinterest shall provide to the Board Liaison the recommendations of the organizational development consultant retained to assist the People Team to assess resources and capabilities. | Complete | Complete |
| XIII.19 | Processes | Pinterest educates members of the People Team who conduct workplace investigations regarding recusal when faced with conflicts of interest to ensure that those who conduct workplace investigations do so with independence. | Complete | Complete |
| XIII.20 | Processes | The investigations' policy shall include examples for circumstances involving actual, potential, or perceived conflicts of interest in which outside counsel or independent investigators should be engaged to conduct an investigation. | Complete | Complete |
| XIII.21 | Processes | Pinterest's employee-facing guide to the investigations process describes the investigations process as independent, free of conflicts of interest, and unbiased, and what to do in the event that they suspect bias or lack of independence. | Complete | Complete |
| XIII.22 | Processes | Pinterest's Harassment and Discrimination Policy reflects that bullying is a prohibited form of conduct. | Complete | Complete |
| XIII.23 | Processes | Pinterest's Harassment and Discrimination Policy defines discrimination and retaliation and gives examples of how discrimination and retaliation can manifest, including in promotion decisions, job assignments, compensation, attendance at meetings and social events, and other decisions that affect the terms and conditions of employment. Pinterest's definition of retaliation in the Policy includes any conduct that would have a chilling effect on reporting employee concerns (including regarding discrimination). | Complete | Complete |
| XIII.24 | Processes | Pinterest policies state that its Harassment and Discrimination Policy applies to any conduct that arises out of or may impact working relationships and the broader working environment, regardless of where it occurs (including on social media). | Complete | Complete |
| XIII.25 | Processes | Pinterest implements a process for following up with complainants and reporters after the close of an investigation to confirm that there are no lingering issues and that the complainant or reporter has not experienced retaliation. | Complete | Complete |
| XIII.26 | Processes | Pinterest's decision-making process for corrective action recommendations takes into account and addresses circumstances where conduct falls short of the Company's expectations for employees, and the Company's expectations for managers, even if such conduct does not constitute a policy violation. | Complete | Complete |
| XIV.1 | Funding | The Company shall closely track spending of funds used for implementation and maintenance of the reforms, and on an annual basis a report summarizing the same shall be provided to both the Board and the DEI Senior Leadership Team, along with suggestions for more impactful allocation of such funds and resources to promote the goals of the reforms. | In Progress | In Progress |
| XIV.2 | Funding | The Board shall allocate $50 million in funding for the creation, implementation, and annual maintenance of the reforms noted herein, to be expended over a period no longer than ten years after final approval of the settlement. | In Progress | In Progress |

| App. B | IAC - Mission | Pinterest and IAC will collaborate on topics listed in Section A of Appendix B | Complete | Complete |
|---|---|---|---|---|
| App. B | IAC - Membership | IAC Membership will consist of at least five external members, which may be leaders on civil rights issues, diversity advocates, experts in inclusion and equity in technology, among others. Must include initial members stipulated in Appendix B. | Complete | Complete |
| App. B | IAC - Membership | The IAC will meet at least twice a year. | Complete | Complete |
| App. B | IAC - Membership | Additionally, the IAC will meet at least twice a year with the Board Co-Sponsor of DEI Work at Pinterest, Global Head of Inclusion & Diversity, and Chief People Officer, and at least annually with the Head of Inclusive Product and the Head of Social Impact and Philanthropy. The IAC may meet with any of these officers more frequently, as appropriate. | In Progress | Complete |
| App. B | IAC - Membership | In order to ensure the participation and commitment of the highest quality professionals, Pinterest shall compensate each outside member of the IAC for his or her services at a fair and reasonable rate for consultants with comparable skills and experience. | Complete | Complete |
| App. B | IAC - Reporting | Per the Settlement Agreement, the IAC's meetings shall be mentioned in the Annual Diversity Report. | Complete | Complete |
| App. B | IAC - Funding | In order to provide appropriate funding for IAC and programs it recommends, Pinterest shall provide an adequate budget for the IAC at all times during the service of its members. | Complete | Complete |
| App. B | IAC- Conflicts of Interest | IAC members shall not improperly benefit from any relationships between their outside business interests and IAC. In the event that an IAC member has an outside business relationship with an entity that seeks to provide services to IAC or Pinterest, the IAC member shall promptly disclose such relationship to IAC and recuse himself or herself from any final recommendation or determination to engage such service provider. | Complete | Complete |
| App. B | IAC- Modifications | Approval of the Talent Development and Compensation Committee of Pinterest's Board is required prior to making any material changes to the mission of the IAC. | In Progress | In Progress |
| Dkt. 133 | - | Annual meeting with Plaintiffs & Global Head of Inclusion and Diversity, which will include a standard SWOT analysis – strengths in achieving the settlement goals, weaknesses, opportunities and threats (see Appendix A, ECF 99-2 at 33) | Complete | Complete |
| Dkt. 133 | - | [Plaintiff's] attendance at each meeting of the IAC | Complete | Complete |

PINS-CV08331_00491



*Inspiring Action*

2022 Inclusion & Diversity Report

PINS-CV08331_00224



# What's inside

*Welcome* →          A note from Bill and Nichole

*2022 Numbers*→      Representation in 2022
                     Progress toward our 2025 goals

*Culture* →          Building an inclusive culture
                     A global approach
                     Pinclusion Groups
                     Pinspiration Groups
                     Commitment to equitable outcomes

*Product* →          Creating belonging through our product
                     Building an inclusive product
                     Supporting diverse businesses and creators

*Partners* →         Driving change in the industry and world
                     For a better Pinterest
                     For a better tech industry
                     For a better world



**Bill Ready,** Chief Executive Officer



**Nichole Barnes Marshall**
Chief Diversity, Equity and Inclusion Officer

# A note from Bill & Nichole

On behalf of our entire company, we are proud to present *Inspiring Action: Pinterest's 2022 Inclusion and Diversity (I&D) Report*.

Pinterest's mission is to bring everyone the inspiration to create a life they love. At a time when so much of social media is toxic, we work to give people a positive platform where they can discover the world's most amazing ideas, plan their best lives, and shop to make their plans a reality.

Building an inclusive and innovative company is essential to our success. When hundreds of millions of people open up Pinterest, they deserve an experience that reflects their interests, tastes and cultures—no matter who they are.

To deliver for them, our team needs to understand and reflect them. That's why I&D is a vital component of our business strategy. We need our workplace culture to be an inspiring place where talent from all backgrounds can do their best work and build fulfilling careers.

This past year was an important chapter in our journey. In 2022, we unveiled our new Pinclusion philosophy: the creation of an inclusive culture where employees flourish through representation and belonging, where Pinners thrive with inspiration and where Pinterest grows through innovation.

To make this vision real we've focused on attracting talent from varied backgrounds, building an inclusive culture, creating belonging through our product, and partnering with other organizations to drive progress.

This report chronicles our progress. It reflects our ambitions, the gains we're proud of, and the places where progress is still too slow.

Through it all, we have and will continue pushing with the dedication this work deserves. It requires everyone, from every team, at every level.

The title of our report is "Inspiring Action" because, every day, there are people, partners and employees who inspire our entire company to push I&D efforts and values forward. You will hear these voices throughout this report. We look forward to working with all of our stakeholders to keep building a stronger future together.

*[signature]*

**Bill Ready**
Chief Executive Officer

*[signature]*

**Nichole Barnes Marshsall**
Chief Diversity, Equity and Inclusion Officer

PINS-CV08331_00226



In 2014, Pinterest became one of the first tech companies to release data about employee demographics. A year later, it was among the first to set public hiring goals.

The inspiration behind these actions was simple: the most effective Inclusion & Diversity work is done in the open, not behind closed doors. This data creates accountability for all of us and gives everyone a transparent view into our successes and setbacks.

We are proud of these first steps. But we also recognize that they were just the start of a long journey. True progress needs to be earned, not just every year, but every day.

To better reflect the various identities of our employees, and more closely align to how our employees self-identify, we have continued our work updating our reporting methodology and applying a more global lens to our demographics. In 2022 this involved adding more self-selection options for gender identity, race/ethnicity, sexual orientation, caregiver status, veteran service, and disability. Because this information is personal, we treat it with the highest levels of integrity. You may not see all of these demographics listed out yet, as we want to ensure employees understand the options available to them and volunteer this information when they are ready. As this initiative evolves and expands, we will share more representation numbers.

Here's a look at our workforce in 2022, how we did toward our goals, and some insight into our strategy.

PINS-CV08331_00227



## Gender Representation

**Companywide**

| 2021 | 51% | <1% | 48% |
| 2022 | 53% | <1% <1% | 47% |

**Leadership**

| 2021 | 35% | <1% | 66% |
| 2022 | 40% | <1% | 60% |

**Engineering**

| 2021 | 30% | | 70% |
| 2022 | 31% | <1% <1% | 68% |

**Manager**

| 2021 | 46% | | 54% |
| 2022 | 48% | <1% | 52% |

**Key**
● Women   ● Not Declared   ● Non-binary and Gender Non-conforming*   ● Men

*Added as self-ID option in 2022; not an option for EMEA employees

## By Region

**APAC**

| 2021 | 73% | | 27% |
| 2022 | 64% | <1% | 34% |

**CAN**

| 2021 | 46% | | 52% |
| 2022 | 46% | <1% | 51% |

**EMEA**

| 2021 | 58% | <1% | 41% |
| 2022 | 58% | <1% | 42% |

**LATAM**

| 2021 | 44% | | 56% |
| 2022 | 47% | <1% | 53% |

**US**

| 2021 | 50% | <1% | 49% |
| 2022 | 52% | <1% <1% | 47% |

**Key**
● Women   ● Not Declared   ● Non-binary and Gender Non-conforming*   ● Men

*Added as self-ID option in 2022; not an option for EMEA employees

PINS-CV08331_00228

## Race/Ethnicity Representation (US)



**Companywide**

2021: <1% | 40% | 7% | 4% | 6% | 4% | 38%
2022: <1% | 42% | 7% | 4% | 6% | <1% | 5% | 36%

**Leadership**

2021: <1% | 31% | 4% | 8% | 3% | 3% | 50%
2022: <1% | 33% | 5% | 6% | 5% | 3% | 49%

**Engineering**

2021: <1% | 64% | 4% | 5% | 4% | 2% | 20%
2022: <1% | 65% | 3% | 5% | 5% | 3% | 19%

**Manager**

2021: <1% | 33% | 6% | 5% | 5% | 4% | 47%
2022: <1% | 35% | 6% | 5% | 4% | 4% | 45%

**Key**

● Alaska Native, American Indian, Native Hawaiian and/or Pacific Islander   ● Asian   ● Black   ● Decline to state   ● Latiné or Hispanic   ● Middle Eastern*   ● Multi-race   ● White

*Added as self-ID option in 2022

## Companywide Multi-race Breakdown

For the 5% of US employees who identified with more than one race/ethnicity in 2022, here are the details of that demographic.

*Note: percentages will not add up to 100, because this is representative of employees who select at least two options.*



Alaska Native, American Indian, Native Hawaiian and/or Pacific Islander
21%

Asian
39%

Black
25%

Latiné or Hispanic
48%

White
70%

We are not sharing a similar Multi-race breakdown for our leadership population to protect the confidentiality of employees as these groups are smaller. This means that while some groups may look like they are not represented in leadership, Multi-race employees who identify with that race/ethnicity might be in leadership. For example, data on the left shows no representation of Alaska Native, American Indian, Native Hawaiian and/or Pacific Islander employees in leadership from 2022, but that demographic is present among our Leaders who identify as Multi-race. We will continue to evaluate and evolve our reporting to ensure that it strikes the right balance of visible representation and confidentiality.

PINS-CV08331_00229

# Progress toward our 2025 goals

**Women in leadership (Global)**



**Women**

**Underrepresented races/ethnicities company-wide (US)**

● Alaska Native, American Indian, Black, Latiné or Hispanic, Native Hawaiian and/or Pacific Islander

In 2020, we publicly announced two five-year I&D goals to strengthen our team and business. Details about progress towards those goals are included below. We're currently evolving our career framework and will wait until this is complete to understand the mapping of our demographics. This process will be completed later in 2023 and will allow us to set relevant goals. We look forward to sharing an update in our next progress report.

We are proud to say we have exceeded our 2025 goal to increase the representation of women in leadership by 20% (to a total of 36% women in leadership roles). At the end of 2022, women comprised 40% of leadership roles across the company. In the regions outside the US, women held 50% or more of leadership roles, although the number of leadership positions outside of the US are fewer.

Women at Pinterest are driving our business forward in every category--from engineering, to marketing, to sales. We will continue to focus on our pipeline to leadership, which is why we've included data about Pinterest managers for the first time in this report.

We continue to work towards increasing the representation of US employees who self-identify as Alaska Native, American Indian, Black, Latiné or Hispanic, Native Hawaiian and/or Pacific Islander to 20% by 2025. In 2022, representation across these communities was 17% (up from 16% in 2021). While we see incremental progress, we will continue prioritizing many of our existing efforts to work toward our goal.

PINS-CV08331_00230

One core initiative that we are expanding is our Diverse Slates Approach (DSA). It's the practice we use to diversify candidate pools with qualified candidates who are women, Alaska Native, American Indian, Black, Latiné or Hispanic, Native Hawaiian and/or Pacific Islander.

We cannot build strong, diverse teams using the traditional sourcing methods that rely on homogenous networks. DSA is one approach that helps us ensure there is access to opportunities and equitable consideration of qualified candidates who may face barriers due to systemic discrimination.



**Open roles adhering to Diverse Slate Approach**

| | |
|---|---|
| 2021 | 81% |
| 2022 | 83% |

2021-2022 Goal (80%)   2023 Goal (90%)

In 2022, 83% of open roles adhered to our Diverse Slate Approach, exceeding our goal of 80%. Building on this progress, we set a new goal of 90% in 2023 for our open roles in the US. We are also expanding DSA globally to build qualified slates of candidates who identify as women.

In addition to the Diverse Slates Approach, our University Recruiting team hosted numerous events in partnership with Historically Black Colleges and Universities and Hispanic Serving Institutions, resulting in a 15% increase of interns from underrepresented backgrounds over the last year.

We also hosted our 2nd Product Apprenticeship cohort and our 7th Engineering Apprenticeship cohort to increase opportunities for underrepresented candidates from non-traditional backgrounds to enter the tech industry. We remain committed to this program because candidates from non-traditional backgrounds bring unique perspectives to create business impact on our high-yielding teams.

PINS-CV08331_00231

As proud as we are of our recruiting and talent acquisition initiatives, we know that bringing in amazing talent isn't enough. We also need to create a workplace where everyone's differences are celebrated and ideas can flourish. Where our employees can be their authentic selves, here. In addition to looking at our hiring practices, we carefully consider our attrition rates, and what factors contribute to attrition at the company.

Pinterest's average attrition rate represents 1.00 on the index (displayed as the reference line). Groups where attrition is above 1.00 have a higher attrition rate than the average. Groups where attrition is below 1.00 have a lower attrition rate than the average.



### Attrition by Race/Ethnicity (US)

*US Attrition = 1.00*

Alaska Native, American Indian, Native Hawaiian and/or Pacific Islander — 1.65

Asian — 1.04

Black — 1.03

Decline to State — 1.03

Latiné or Hispanic — 1.01

Multi-race (identifying as Alaska Native, American Indian, Black, Latiné or Hispanic, or Native and/or Pacific Islander) — 0.76

Multi-race (Not identifying as Alaska Native, American Indian, Black, Latiné or Hispanic, or Native and/or Pacific Islander) — 1.50

White — 0.95

### Attrition by Gender (Global)

*Global Attrition = 1.00*

Men — 1.21

Women — 0.78

We strive to ensure that employees from different backgrounds have an equally excellent experience during their tenure at Pinterest. While we are pleased that many groups have attrition rates very close to average, we also recognize that it is not equivalent across all demographics. Small population sizes, as indicated in our representation data, can result in larger swings in attrition averages. Read on to learn about a number of important steps we took in 2022 to continue building an inclusive culture.

PINS-CV08331_00232



# Building an inclusive culture

**""**

*Pinterest is truly unique because it's the only place I've worked where I can see myself represented in the product, in content on the platform and in senior leadership roles. I love that Pinterest supports me with pursuing my passions both inside and outside of work so that I can build a career and life that I love. I am passionate about supporting others and as a Global lead for Blackboard, one of our Pinclusion Groups at Pinterest, I have the privilege of directly shaping DEI programs and initiatives. I love having the opportunity to contribute to the success of my fellow Pinployees and the company as a whole.*

**– Amma**
Employee, UK

PINS-CV08331_00233

# A global approach

In 2022, we were more intentional than ever before about taking a global approach to I&D work. We serve 450 million Pinners across the world and we have offices in 16 countries. And last year we dedicated a position on the I&D team to global strategy so we can continue to meet the needs of all our employees around the world.

In addition, we've partnered with world-class leaders like Dr. Margaret Amaka Ohia-Nowak and Dr. Sapna Masih Advani to scale our work and provide an international lens to our I&D efforts, from Poland to Japan.

**"" """**

*Customizing US-based I&D training programmes for employees based outside of the US is absolutely essential. Especially, if we want to make these programmes accessible for people working in different cultural and geographical contexts. Partnering with Pinterest on this was absolutely an inspiring and learning journey for me. I strongly believe such initiatives will become standard in many DEI organization practices.*



**Dr. Margaret Amaka Ohia-Nowak**
Consultant, Poland

We also took additional steps to let employees know that we don't just value them for what they can do, but also who they are. In 2022, we continued our global effort called Count Me In, which gives more self-identification options to employees so they can see themselves represented more accurately. We care about our employees. And the more we can help employees feel safe, and have the opportunity to share with us who they are, the better we can deliver for every member of our team.



We have rolled this out in Australia, Brazil, Canada, Japan, Mexico, Singapore and the United States. In 2023, we will expand these options to more offices across the globe. And we'll continue working to help employees feel fully seen.



All of this work has helped Pinterest earn recognition for our global workplaces. For example, our Canada office was named one of the "Best Workplaces for Inclusion" and "Best Workplaces for Women." In the UK, the Advertising Association named Pinterest an "All In Champion" for our commitment to creating a culture of belonging.

PINS-CV08331_00234

# Pinclusion Groups

An essential component of building an inclusive culture is giving employees opportunities to foster connections with each other outside of their workstreams.

Pinclusion Groups—formerly known as employee communities—are one of the primary ways our people come together. They provide the space and community employees need to support each other, as well as educate and advocate the broader company about identity-based issues and interests.

As we outlined in our  H1 update  last year, we support and recognize the leaders of these groups for all the work they do to make Pinterest the unique company that it is—including offering monetary awards and professional development opportunities to Pinclusion Group leaders.

Our Pinclusion Groups are active in all regions, resulting in a more impactful and global program. Pinclusion Groups have pushed progress on a number of fronts, including (but certainly not limited to):

**Asians@**

**Asians@**
Our Asian Pinclusion Group collaborated to have East Asian, South Asian, Filipino and Indigenous representation in their programming for Asian Pacific Islander Heritage month featuring everything from career panels on how to break the glass ceiling to an interview with actor, Simu Liu, on how to defy stereotypes while building a career.

**PinAble**

**PinAble**
Our group focused on disability and accessibility transitioned from leadership by allies to empowering people with disabilities as leaders. This change is leading to increased activism by and for Pinployees and Pinners with disabilities.

**Pride@**

**Pride@**
Our LGBTQ+ Pinclusion Group organized public statements in support of the community to combat the global surge in discriminatory legislation and discourse. And as part of commitment to marriage equity in Japan, Pinterest participated as a supporting company for an NPO led activation to show our advocacy.

**Vets@**

**Vets@**
Vets@ has hosted volunteering events and fundraisers for organizations such as Swords to Plowshares and Run In The Dark to support and celebrate veterans.

**Blackboard**

**Blackboard**
Our Black Pinclusion Group hosted Bloom—an incredible professional development conference where the community came together to lift each other up and learn from one another.

**PIndigenous**

**PIndigenous**
Our group for Indigenous employees and allies has hosted a series of wellness sessions with Nazbah Tom, a somatic healing practitioner, to aid our employees' reconnection to mind, body and spirit.

**Todos Pincluidos**

**Todos Pincluidos**
Our Latiné Pinclusion Group has focused on career growth by opening up access to leaders through casual "cafecito" conversations, goal-setting workshops, and support during performance reviews.

**Women@**

**Women@**
Women@ has organized networking circles, mentoring opportunities and leadership development curricula for hundreds of women around the world.

PINS-CV08331_00235

*I first got involved with the Asians@ Pinclusion Group by participating in a planning committee for Asian-Pacific Islander (API) Month in May. I was able to work closely with people from different countries and different backgrounds that I never otherwise would have worked with. I felt like a leader and a part of a team that was driving impact and making a positive difference for API-identifying employees. Above all, the Pinclusion Group introduced me to new friends, all who made me feel like I belong at Pinterest.*

**Beverlyn**
Employee, US



Christyna at Blackboard's Bloom conference

*Joining the women-latam/ women-br group was an amazing opportunity to meet other fantastic women at Pinterest. I felt the Create Belonging value at its core, and I am proud of connecting with so many inspiring women on a personal and professional level. I am happy that Pinterest really understands the power of diversity and incentivizes us early on our Pinployee journey to be part of it.*

**Julia**
Employee, Brazil



Brodie and Jordan representing PIndigenous at AISES



David, our PinAble Executive Sponsor, showing up for Pride

*The most impactful PG experience was walking in the Toronto Pride Parade with nearly 100 employees and loved ones. It was incredible to see so many of our employees show up to support the community and celebrate love.*

**Paul**
Employee, Canada

# Pinspiration Groups

Belonging doesn't only happen because of identity. It can also materialize through shared interests. In 2022, we created new opportunities for employees to come together in interest groups they are passionate about, and around issues that have a strong connection to our business strategy. We call them Pinspiration Groups.

**Pinside Out**
Pinside Out is dedicated to creating community, connection, and support for Pinterest employees on everything related to mental health. Pinterest prides itself on being a place that nourishes emotional wellbeing. We want to invest in the mental health of our employees with equal commitment.

**PinPlanet**
PinPlanet mobilizes employees, Pinners and partners on actions we can take to create a sustainable future for all. Pinterest is committed to doing our part to combat climate change—including limiting emissions, protecting our planet, and combating climate misinformation on our platform.

# Commitment to Equitable Outcomes

With all our efforts, our aspiration is to ensure that Pinterest employees, regardless of their background or identity, are able to flourish in their roles. We are always evaluating the impact of programs, policies, and decisions such as job architecture and Pinflex to offer opportunities to everyone and reduce bias. We regularly review employee experience survey scores, job leveling distributions, and talent management decisions to achieve parity of experience for all of our employees.



In addition, we are committed to maintaining pay equity across gender and race. This means equal pay for comparable work. Twice a year, we analyze compensation and make adjustments when necessary to continue to stand by this important commitment. Separately, we published our first Gender Pay Gap report for Ireland employees.



# Creating belonging through our product

*Pinterest strives to give everyone—and we do emphasize everyone—the inspiration and tools they need to create their best lives. That's why our commitment to inclusion and diversity isn't only focused on internal efforts. We aspire to advance these values for our Pinners, too.*

PINS-CV08331_00238

Case 3:20-cv-08331-WHA   Document 141   Filed 06/30/23   Page 24 of 67

# Building an inclusive product

This work begins with building an inclusive product. Every month, hundreds of millions of people from every corner of the world open up Pinterest to discover ideas that reflect their tastes, lives, and futures. We only succeed if we meet the expectations of every Pinner— no matter what they look like, what language they speak, or where they live.

Fulfilling this promise requires building with a commitment to I&D. That's why we are committed to building inclusive AI that understands diverse data and delivers relevant content to Pinners from a wide range of backgrounds. In short, we're working one step at a time to create a product where everyone feels welcomed with an inclusive and inspirational experience.



PINS-CV08331_00239

In 2022, Pinterest was named to Fast Company's "Brands That Matter" list in part because we have taken an innovative approach to developing inclusive products over the years. Many of our tools are industry firsts.

Highlights of our work include:

( Skin tone ranges )   ( AR Try-on )

( Hair pattern search )



## Skin tone ranges and computer vision technology

Beauty is one of the most popular interests on Pinterest. With this feature, people are able to customize the results they see based on skin tones that match their own, and truly find the products that they will absolutely love. In 2022, we expanded the technology to cover more beauty and fashion related searches, improving the skin tone diversification in related search results, on related product Pins and on the home feed for new users.

PINS-CV08331_00240

## Hair pattern search

Many people come to Pinterest looking for their next hairstyle. In 2021, Pinterest introduced hair pattern search, a first-of-its-kind technology, created with Black, Brown and Latiné Pinners in mind, that empowers users to search for hair inspiration across hair types like protective, coily, curly and more. In 2022, this tool expanded to nine international markets across Central and South America (Argentina, Brazil, Colombia, Mexico) and Europe (Austria, Germany, Spain, Italy, France) and was named "honorable mention" in Fast Company's 2022 World Changing Ideas Awards. We also saw the number of daily searchers using hair pattern search grow 41% in the past year in launched markets[1]



[1] Pinterest Internal Data; launched markets; Q1 2023 vs. Q1 2022



## AR Try-on

Pinterest has always been a visual platform. We believe that if you can see it, you can be it. With AR Try-On, we use Augmented Reality technology to let Pinners use virtual tools to see what lipstick, eyeshadow or other beauty products look like on them. Then, using skin tone ranges, they can quickly find more of the beauty products they like, and make them a part of their looks and lives.

PINS-CV08331_00241



# Supporting diverse businesses and creators

Businesses and creators have always played an essential role on Pinterest. People come to our platform looking for ideas for everything in their lives—from new home decor, to dream wedding designs, to recipes to cook for dinner. And often, those ideas come from business accounts.

In 2020, we began giving every party with a business account the opportunity to self identify if they are from an underrepresented group. When merchants share information, it gives Pinners the opportunity to shop their values. By the end of 2022, more than 200,000 business accounts on Pinterest reported being majority-owned by someone from an underrepresented group. And we've found that brands with Merchant Details are 16% more likely to make a sale than brands without.[1]

We've also bolstered our support of creators. Over the last year, we expanded the Creator Inclusion Fund program across verticals in the US, in addition to our first-ever programs in the UK and Brazil. The incubator program is specifically designed to increase pathways to success for creators from underrepresented communities through financial and educational resources. Past participants saw immense growth, Angela Nguyen, a graduate of the 2022 Wellness cycle, increased her followers by 77%* in a span of three months. While Food cycle graduate Mandi Conley grew her Saves from 1,500 to 10,000+ in just one month.[2]

[1] Source: Pinterest Internal Data, US, Pinterest Merchant Analysis; Analyzed engagement and purchase performance across merchant segments, 2021

[2] Pinterest, internal data, 2022

PINS-CV08331_00242

" "

*The Creator Inclusion Fund gave me a renewed sense of passion and confidence in all areas of life. It's because of the education I was provided and the investment that the Creator Inclusion Fund made in me that I've landed some of my largest and most exciting opportunities to date. As a platform, Pinterest is constantly inspiring and empowering me to be my most genuine self both as a human being, a creator and a CEO/Founder.*



**Abria Perry**
Creator, North America

" "

*Participating in the Creator Inclusion Fund was such an unique experience. The content shared during the program sessions helped me push my content creation to the next level, inspired me to create with joy and gain better reach compared to other platforms. The feedback I got from my Pinterest Manager was key to my progress. I've always had a hard time valuing my work, and having feedback on every piece of content posted made me feel much more confident.*



**Steyce Norrane**
Creator, Brazil

PINS-CV08331_00243








Our support didn't stop with providing resources for Creators. We also understand the need to elevate their voices on the platform. In 2022 our Creator Inclusion team set a goal to leverage cultural editorial moments as an opportunity to acquire, educate, engage and amplify creators from underrepresented communities on platform.

**74**

Creator Partners

**189M**

Monthly Views (+166M)

In 2022, we supported 74 Creator partners, and their monthly views increased from 23M to 189M. We're excited to see these Creator communities continue to grow their Pinterest content.

PINS-CV08331_00244

THE DOOR

# *Partnering to drive change in the industry and world*

YOU ARE
one of a Kind
HAVE
look
autiful

It's no secret that advancing inclusion and diversity is not easy. It tests patience and requires reforming longstanding inequitable systems. No organization—including Pinterest—can do this work alone. That is why growing our partnerships is a key part of our strategy.

There is a wealth of knowledge and expertise out in the world—people and organizations doing monumental work to advance diversity, equity and inclusion in new and inventive ways. By offering us their expertise, research and best practices, they are helping us advance our I&D goals in our company, the tech industry, and in the world.

# Partners helping build a better Pinterest

In 2022, we are proud to have continued building a number of strong partnerships with organizations who help us advance our I&D work.



" "

It's energizing to work with a brand thinking so seriously about how to be a force for inclusivity online and far beyond. Pinterest is engaging in practical, purposeful efforts to tackle major injustices and the micro experiences of them on social media and off.

**Rebecca O'Neill**
Managing Director, Gauge.ai



**Values Partnerships** is the US's largest Black-owned social impact agency and offers some of the best thought leadership in this space. It manages Gauge, which has provided us world-class research to inform our approach on everything from inclusive product features to heritage month programming. It also helped us organize the Pinterest Inclusion Advisory Council, a group of leaders from civil rights and justice organizations who regularly advise Pinterest on issues related to our employee experience and our product.



**Transgender Training Institute** (TTI) is a world-class team that uses their expertise and lived experiences to provide education that helps people better affirm the transgender and non-binary people in their lives. TTI equipped us with new and practical strategies to create more belonging in our workplace, and offered guidance on internal programs and policies.



**Right to Be** is a non-profit founded in 2005 with the mission of teaching people how to stop harassment. Pinterest was proud to introduce this Bystander Intervention Education to equip our team with new tools to be effective allies.



**CNEXT** is an organization that helps develop high-impact leaders. Pinterest partnered with them to deliver Accelerate, a 2-year program for 10 of our emerging leaders from underrepresented communities, all nominated by their managers and the Pinterest Executive Team.



**Activate Inclusion** is an organization that offers DEI training and inclusive leadership coaching. Pinterest executives participated in these learning opportunities, emerging with new skills and tools to lead in a way where the inclusion and diversity lens is applied to every workstream.

PINS-CV08331_00246

2022 Pinterest Inclusion & Diversity Report

# Partners helping build a better tech industry

In 2022, Pinterest collaborated with organizations who are championing change in the tech industry.



Nichole Barnes Marshall speaks at the Lesbians Who Tech San Francisco Summit in 2022



/dev/color is a global career accelerator for Black software engineers, technologists and executives. In 2022, we continued our partnership with /dev/color to support and invest in Black talent. We were also proud to support the organization's annual conference and /dev/color membership community to help spread the word about career opportunities.



Lesbians Who Tech & Allies is the largest LGBTQIA+ technology community in the world. In 2022, Pinterest was proud to sponsor and participate in the organization's annual summit, where our Chief Diversity, Equity and Inclusion Officer, Nichole Marshall, talked about expanding opportunity and belonging in the tech industry.



The American Indian Science and Engineering Society works to increase the representation of Indigenous peoples in STEM. Pinterest has been a participating company for 3 years, and in 2022 sponsored their annual conference.

PINS-CV08331_00247

# Partners helping build a better world

Pinterest uses its resources and voice to push for change in the world, especially in the communities our offices call home.

Our impact work is anchored by a strategic focus on emotional wellbeing. We spent 2022 activating our pledge to advance emotional wellbeing with our Purpose Partners. These partners are nonprofit organizations who raise awareness on mental health, explore innovative approaches to emotional wellbeing, and tackle disparities in access to mental health resources. Equity is an important crosscutting lens for this work.

More so, we believe in the importance of how we create impact. We emphasize a trust-based approach and are intentional in our language of "partners": 94% of Purpose Partners indicate a high level of trust in Pinterest as a partner. We continuously look for ways to strengthen our partners' capacity and co-create long-term, sustainable impact together.

## 49%
of dollars are invested in a program/project with an explicit DEI focus

## 46%
of dollars are invested in support programs or projects serving a primarily non-white population

## 38%
of Purpose Partners are led by BIPOC leader

PINS-CV08331_00248



*Thank you*

On behalf of our entire team, thank you for taking the time to read our report. We had a busy year full of wins and learns. And we look forward to using all these lessons to continue pushing our work forward.

I&D work is hard. But we continue to approach the future with great optimism and determination. That's due in large part to our employees and partners who keep on inspiring us to take bold and necessary action. They are why we can confidently say that our best work is yet to come.

Our thanks to everyone who's contributed to our journey. We look forward to achieving more progress together in 2023 and beyond.

PINS-CV08331_00249






# You belong.





PINS-CV08331_00250

# Methodology

We do not collect data where it is expressly prohibited by local law or could put our employees' safety at risk.

Some numbers may not add up to 100% due to rounding.

For numbers larger than 1%, we round to the nearest whole number. For numbers smaller than 1% we report as <1%. 0% would mean no employees self-identify in that way and are therefore not depicted in our visualizations.

Leadership comprises employees in levels L7 and above.

Engineering consists of employees that report into the engineering organization, excluding executive assistants.

All reporting on gender, unless otherwise stated, reflects global data. "Women" and "Men" categories are inclusive of transgender employees, aligned with how they self-identify.

Race and ethnicity data currently comprises only our US-based employees.

"Asian" is inclusive of employees who self-identify as South Asian, Southeast Asian, and East Asian. We plan to share this additional level of detail in the future when we have met our threshold of participation.

"Decline to State" is an option for our employees to actively select.

"Multi-race" is representative of employees who self-identify as more than one race/ethnicity.

Our metrics pertaining to the goal of increasing representation of employees who self-identify as Alaska Native, American Indian, Black, Latiné or Hispanic, Native Hawaiian and/or Pacific Islander includes employees who are Multi-race when inclusive of the identities listed above.

PINS-CV08331_00251



*Inspiring a better future*

2021 ESG Impact Report

PINS-CV08331_00184

# Come on in

Welcome to Pinterest's first environmental, social and governance (ESG) Impact Report. At Pinterest, we feel a responsibility to help build a more positive world and sustainable future. The purpose of this report is to share our efforts to date, be transparent about our commitments and hold ourselves accountable.

In the following pages, you will read about our exciting milestones from recent years. Most data and initiatives are from the 2021 calendar year[1] (unless otherwise noted). When relevant, we also include 2022 highlights. Going forward, we plan to release an ESG Impact Report every year to track and share our progress.

**For regular ESG updates, please check out**
Our online newsroom →
Investor relations website →

1   This also represents Pinterest's fiscal year.

# What's inside

About us →

A word from our CEO
What makes us who we are
Pinterest: quick facts
Our ESG approach
Inspiring a better future

People →

Creating careers and lives we love
Creating belonging for everyone
Communities facing crises

Product →

A positive corner of the internet
Prioritizing data protection

Planet →

Taking care of our planet
Protecting our resources

Governance →

Overseeing our efforts
Putting ethics at the heart of business

PINS-CV08331_00185

# A word from our CEO



Bill Ready, CEO

Pinterest strives to inspire people and build a more positive world. In our early days, we pursued this goal by developing a product where everyone can discover uplifting ideas to plan and build their best lives. In recent years, we've expanded our approach to make an even bigger impact for society and the environment.

This ESG Impact Report is a summary of our efforts to be a positive force for good with a particular focus on four areas.

The first is people. Pinterest doesn't innovate tech for tech's sake. We want to make a difference for people across our business, from building a more inclusive and diverse culture for our employees to supporting the communities where our offices are located.

The second is product. Pinterest aspires to be the positive corner of the internet—one that brings out the best of humanity, not the worst. That's why we prioritize the emotional wellbeing of our users so they can build happier lives and healthier futures.

The third is planet. Climate change is one the greatest threats to our world and Pinterest is committed to doing our part to address this challenge—including limiting emissions, protecting our natural resources and combating climate misinformation.

And finally, governance sets the foundation for fostering a culture of ethical conduct and accountability across our business and operations.

With all of these efforts, we are pushing for progress that creates positive value for our business and the world. We are proud about our milestones to date, but know that we are only at the beginning of our ESG journey.

Pinterest aims to be a company that is judged by what we do, not just what we say. We are thankful to our stakeholders for their support and for holding us accountable. And we look forward to sharing our progress in future reports.

**Bill Ready**, CEO

# What makes us who we are

For over a decade, Pinterest has worked to inspire people and build a more positive world. Since the beginning, our efforts have focused on building a place online for people to discover ideas, plan their futures and make their dreams a reality. Over time, we've also expanded our capacity to do good offline by improving how we conduct business, championing causes like emotional wellbeing and creating a values-driven company.



*The values that guide us*

Because we aim to achieve our ambitious goal of inspiring the world, our everyday work is grounded in core values that reflect the beliefs and principles we cherish most. This includes doing right by our users, making big bets and taking smart risks, maintaining a high standard of excellence and innovation, collaborating closely, and creating a culture of belonging.

PINS-CV08331_00187

# Pinterest: quick facts[2]

## 3,987
full-time employees

## HQ
in San Francisco, CA

## 24
sites in 22 cities

## 37
languages that the platform
is available in

## 390B+
Pins saved by users

## 450M
global monthly active users

2   Figures are provided as of date of publication in December 31, 2022.

PINS-CV08331_00188



2021 ESG Impact Report

# Our ESG approach

Building a more positive and sustainable world doesn't happen by accident. It requires relentless focus and intentionality every day, in every aspect of our business. For Pinterest, that means building a platform that nurtures the emotional wellbeing of our users, creating a business that is socially and environmentally conscious, and advocating for issues that align with our values.

*Defining our focus*

To guide our focus and develop our first report, we performed a 2022 double materiality assessment—a process that analyzed our company's potential impact on the environment and society, as well as the potential financial impact of ESG factors on Pinterest. Through internal and external stakeholder engagement and in-depth research, we identified the issues that are most relevant to us.



( Our people )   ( Corporate governance )

( Data privacy and security )   ( Emotional wellbeing )

( Inclusion and Diversity (I&D) )   ( Climate change )

( Responsible and inspiring content and advertising )

( Ethical conduct )   ( Energy and renewables )

( Human rights )   ( Water )   ( Community impact )

( Waste )   ( Biodiversity )

PINS-CV08331_00189

# Targeting
# real-world progress[3]

## Inclusion and Diversity

Increase companywide representation
of US employees who self-identify as Black,
Latiné or Hispanic, American Indian, Alaska
Native, Native Hawaiian and/or Pacific
Islander to 20% by 2025.

 In progress

Increase representation of women
in leadership by 20% by 2025[4]. (Global)

 Achieved

## Energy and renewables

Increase annual sourcing of renewable
electricity from 34% in 2019 to 100% in 2023.

 In progress

## Climate change

Committed to set near-term emissions
reduction targets in line with climate science
and the Science Based Targets initiative (SBTi).

 In progress

3  Additional goals are in development, and we expect to share them in future reports.
4  Versus a 2020 baseline.

PINS-CV08331_00190



# Inspiring a better future

Informed by our materiality assessment, we've established an ESG strategy centered around three pillars.

## Product

We're a home of inspiration—a positive and inclusive space that invites everyone in, encourages them to discover and do what they love, and inspires better emotional wellbeing.

## People

We're all working together to create careers and lives we love where our employees can be their authentic selves—here. We're creating belonging, championing emotional wellbeing and supporting local communities, as an employer and a responsible corporate citizen.

## Planet

Earth is our home and we're on a never-ending journey to preserve it. We're committed to inspiring action—across our platform, within our operations and throughout our communities—to build a healthier planet.

## Governance

Our governance sets the foundation for fostering a culture of ethical conduct and accountability across the company.

PINS-CV08331_00191



2021 ESG Impact Report

About us   People   Product   Planet   Governance                    9

# People

Pinterest is on a mission to bring everyone the inspiration
to create a life they love. We're championing emotional
wellbeing, nurturing talent and creating belonging
for everyone. From users to employees, partners to
communities, we believe in delivering better for everyone.

PINS-CV08331_00192

# Creating careers and lives we love



At Pinterest, we want everyone to be their authentic selves. So we're striving to provide choices and experiences that are best for our employees' careers and lives. We want to be a company people love working for, with programs that stand out in the market, addressing real-world needs and putting emotional wellbeing at the forefront.

### Benefits for real-world needs

At Pinterest, effective support starts with offering every person the opportunity to work in the ways that are right for them. In 2022, we introduced PinFlex, a uniquely Pinterest work model that gives employees the freedom to work in our offices, from home or another virtual location within their country of employment. And with our annual Work-From-Anywhere benefit, eligible employees can spend three months working outside their country of employment.

We strive to give employees choices that are best for their careers and their lives with a comprehensive suite of medical, dental, disability and mental health benefits for all employees. To promote financial wellbeing, we also offer money management education, financial planning and investment services.

Our programs are designed to support our business and culture strategies, which means supporting employees through major life changes, like having a baby. That's why, in January of 2022, we updated our global parental benefits to offer new parents at least 20 weeks leave. Because every family is unique, additional benefits are available to parents and caregivers with newborns in neonatal intensive care, adoptive parents and people experiencing a miscarriage.

## 20+

weeks of leave offered to new parents in January of 2022 as we updated our global parental benefits

## PinFlex

gives employees the freedom to work in our offices, from home or another virtual location within their country of employment

PINS-CV08331_00193

# 66%

of Makeathon ideas have
been implemented over
the last decade

# 3,800+

employees attended
Knit Con virtually
or in-person in 2022

## Keeping the passion for inspiration alive

Delivering inspiration can create a ripple effect—
first employees, then the world. Every year, we host
Knit Con and Pinterest's Makeathon, companywide
events for employees to come together to bring to
life Pinterest's mission of inspiration.

**Knit Con:** An annual conference where employees
are engaged to discover and try new ideas. Across
two days in 2022, employees gathered to participate
in over 250 activities, from how to raise chickens
to cooking Malaysian cuisine, creating latte art and
learning the fundamentals of candle-making.

**Makeathon:** In 2022, we celebrated 10 years of
Pinterest's Makeathon—an event where employees
can pitch ideas for making our product, culture or
internal processes better. During this latest round,
ideas focused on creating belonging and meeting
the needs of our Pinners.



### Commitment to pay equity

At Pinterest, we reward team and individual
achievements and differentiate compensation on
critical skills, results, future potential and living our
values. We're competitive in the marketplace and give
employees transparency, simplicity and choice in total
reward offerings, all while balancing the interests
of our Pinners, employees and Shareholders.

We are deeply committed to pay equity. This means
equal pay for comparable work. We regularly assess
our pay practices and analyze compensation to ensure
our employees are paid equitably and fairly.

Increased compensation range and level transparency
is available for all employees, and we continue to
refine our internal processes. In a dynamic workplace,
maintaining pay equity requires vigilance and ongoing
monitoring. Twice a year we analyze compensation
and make adjustments when necessary to continue
to stand by this very important commitment.

### Employee wellbeing

Our Pinterest benefits and programs are designed
with flexibility to prioritize wellbeing and mental
health of our employees.

We give our employees tools to invest in their
wellness—including free access to mental health
and wellbeing tools like Lyra, Ginger, Calm and Cleo.

Being at Pinterest means being part of a community
that's building and growing together, individually and
as a team. That's why we developed Pinside Out,
one of our inaugural Pinspiration Groups. Pinspiration

Groups were created in 2022 and are centered around
a common cause that ties back to a business priority,
such as sustainability or emotional wellbeing. Pinside
Out uniquely creates space for colleagues to connect
on mental health topics and activities. It activates
peer-to-peer support through monthly Healthy
Hours (open forums and guided discussions) and
group meditations.

### Listening to every employee

We embrace diverse talent, thinking and backgrounds.
This is at the core of our innovation and success.
And to do this, listening is the key. As well as traditional
routes to employee connection, such as HR business
partners, in 2022, Pinterest launched an Ombuds
program to offer confidential, impartial consultations
on navigating work challenges. The program advocates
for a respectful workplace, equitable processes and
a commitment that all employees are treated with dignity.

The Ombuds team also hosts monthly, interactive
educational sessions for all employees on topics
including psychological safety. Together with Mind
Share Partners, a leading workplace mental health
organization, the Ombuds team also introduced
employee training designed to build a mentally
healthy work culture, with customized sessions
for people managers.

In addition, we gauge sentiment and perspectives
through Employee Voice Surveys. While there will
always be more work to do, we are encouraged that
the latest results show employees feel engaged and
have an increasing desire to stay at Pinterest.

# Creating belonging for everyone



Better products start with better insights. And better insights start with bringing more voices to the table. At Pinterest, we're focused on creating belonging, enhancing diverse representation in our workforce and building a culture of inclusion.

## 20%

*increased representation of women in leadership in H1 of 2022, ahead of our original 2025 timeline*

## 16%

*US employees self-identified as Black, Latiné or Hispanic, American Indian, Alaska Native, Native Hawaiian and/or Pacific Islander*

When we say our mission is to help everyone find inspiration, we truly mean everyone. To achieve this, we need the worldly perspectives that only inclusive environments can deliver.

At Pinterest, our Inclusion & Diversity (I&D) vision is to create a culture where employees flourish through representation and belonging, users thrive with inspiration and Pinterest grows through innovation. Our I&D team and community-based partnerships provide the expertise, capacity and accountability that bring this vision to life.

To make this happen, we collaborate with cross-industry organizations, experts and thought leaders from communities we seek to inspire—like Catalyst and /dev/color. In 2020, we worked with the social impact agency Values Partnerships to launch the Pinterest Inclusion Advisory Council of executives from leading civil rights organizations. Then, in 2021, we created the Inclusion Insiders Council to advise on our business initiatives.

### Goals for progress

We want Pinterest to be a place that attracts great talent from everywhere and people can see themselves represented. Where you can be you, here. To this end, we established targets we aim to achieve by 2025.

In 2021, 16% of US employees self-identified as Black, Latiné or Hispanic, American Indian, Alaska Native, Native Hawaiian and/or Pacific Islander; we aim to increase this to 20% by 2025. We also set out to increase representation of women in leadership by 20%—a goal we met in H1 of 2022, far ahead of the original 2025 timeline.

PINS-CV08331_00195

### Building a diverse talent pipeline

We believe in a representative workforce and understand that a representative applicant pool is critical to this goal. We have a Diverse Slates Approach, meaning the interview and hiring process is designed so candidates who are women, Black, Latiné or Hispanic, Indigenous, Native Hawaiian and/or Pacific Islander are considered for positions, all the way to final interviews.

Targeted recruitment efforts through AfroTech, Lesbians Who Tech & Allies and historically black colleges and universities (HBCUs) open the door to a wider pool of talent. And, by removing degree requirements for a majority of our job listings, we are preventing post-secondary education from blocking otherwise qualified candidates.

In addition, Pinterest apprenticeships offer people from nontraditional professional—and historically underrepresented—backgrounds hands-on experience. Graduate and internship programs represent a career jumpstart for students and graduates, helping them prepare for futures in engineering, data science, sales or machine learning.

### Inclusion is everyone's responsibility

Building a diverse organization requires intentionality and collective action. The responsibility to foster an inclusive workplace is everyone's responsibility, beginning with our management and the board of directors. We seek inclusion and diversity at the highest levels in our organization. The Pinterest board, as well as our leadership team, is diverse in terms of gender, race, and skills, expertise and experience. Our board of 11 directors is composed of eight independent directors and three women.

Our Talent Development and Compensation Committee oversees our I&D efforts. Management regularly updates the committee on progress against our I&D goals (including pay equity), any impediments to our efforts and relevant trends and observations. We also have an open line of communication between the committee and our Global Head of I&D and with our Head of Ombuds.

All employees are encouraged to be engaged in creating an inclusive environment at Pinterest. We offer our people several learning opportunities, including:

- Transgender Training Institute gender inclusion workshops.
- Right to Be bystander intervention education.
- CNEXT Accelerate development for high-potential leaders.
- Activate Inclusion DEI training and inclusion-focused executive coaching.

### Pinclusion Groups

Pinclusion Groups—employee-led affinity groups—provide community, support, advocacy and programming around identity-based interests and issues. We have developed guidance to help maximize each group's capacity for cross-Pinterest impact, awarding compensation and recognition every year to formally celebrate all they do for our culture and company.

Our current Pinclusion Groups include: Asians@, Blackboard, PinAble, PIndigenous, Pinwheels, Todos Pincluidos, Vets@ and Women@.

### Our progress

Inspiration happens when people feel empowered. Detailed insights into how we're making Pinterest and our team more diverse, inclusive and uplifting are available in our latest I&D Annual Report and H1 2022 update report.

To understand our workforce, we start by capturing how employees self-identify. Identities are ever evolving and so we are in the process of including new categories for self-identification, such as sexual orientation, veteran and caregiver status.

**Quick links**
*I&D Annual Report* →
*H1 2022 update report* →
*Employee wellbeing* →
*Taking care of our planet* →



## Pinspiration Groups

As well as encouraging connection and advocacy through Pinclusion Groups, in 2022 we introduced Pinspiration Groups: forums for discussion and activism around important causes that align with business priorities. The first two groups launched were Pinside Out and PinPlanet.



## US race/ethnic representation (%)

**Companywide**

2019: <1% 4% 3% 4% 3% 42% 43%
2020: <1% 4% 5% 5% 3% 41% 41%
2021: <1% 4% 7% 6% 4% 40% 38%

**Leadership**

2019: 6% <1% 2% 3% 27% 61%
2020: <1% 6% 3% 4% 3% 28% 56%
2021: <1% 8% 4% 3% 3% 31% 50%

**Engineering**

2019: 6% 3% 3% 2% 65% 22%
2020: <1% 5% 3% 4% 2% 21%
2021: <1% 5% 4% 4% 2% 64% 20%

**Key**

● Alaska Native, American Indian and/or Pacific Islander   ● Declined to say   ● Black   ● Latiné/Hispanic   ● Multi-race   ● Asian   White

## Global representation of women (%)

**Companywide**

Not Declared <1%   Men 48%   Women 51%   2021

**Leadership**

Not Declared <1%   Men 66%   Women 33%   2021

**Engineering**

Not Declared <1%   Men 70%   Women 30%   2021

**Methodology**

Our gender data is global. Gender options for employees to select are: Men, Women or Not Declared. These options do not encompass the range of identities that may be relevant for our employees, and so we have work to do to expand our options.

Race and ethnicity data currently comprises only our US-based employees.

Decline to state is an option for our employees to actively select.

Leadership comprises employees in levels L7 and above.

Engineering consists of employees that report into the engineering organization, excluding executive assistants.

Some numbers may not add up to 100% due to rounding. For numbers larger than 1%, we round to the nearest whole number. For numbers smaller than 1%, we report as <1%. 0% would mean no employees self-identify in that way and is therefore not depicted in our visualizations.

Our metrics pertaining to the goal of increasing representation of employees who self-identify as Black, Latiné or Hispanic, American Indian, Alaska Native, Native Hawaiian and/or Pacific Islander include employees who are Multi-race when inclusive of the identities listed above.

# Communities facing crises

**Bringing our values to life, we harness our resources to create positive change and advance emotional wellbeing in our communities.**

Pinterest aims to have a positive and inspiring impact on the communities it's a part of and serves. That ranges from emergency and disaster response efforts, through employee volunteer service and donation matching contributions, to the provision of pro bono legal services, to local business and vendor support, alongside other efforts aimed at contributing to strong and vibrant communities.

As well as financial support and volunteer time, we look to leverage Pinterest's unique strengths and resources, including our product, key partnerships, advocacy resources and Pinterest's voice. For example, we weighed in on legislation like the Restoring Hope for Mental Health and Well-being Act of 2022 (H.R. 7666) to expand mental health care.

### Partnerships with purpose

In 2021, we pledged $10 million[5] to advance emotional wellbeing by supporting what we refer to as Purpose Partners—nonprofit organizations that raise awareness on the importance of mental health, explore innovative approaches to emotional wellbeing and tackle disparities in access to mental health resources.

We're also leveraging funding to advance emotional wellbeing for communities facing crises. We provide targeted financial support to the International Rescue Committee and UNICEF through a partnership with UNICEF USA to help integrate mental health into their response efforts in over 150 countries globally.

Pinterest further supports Purpose Partners through:

- Onboarding sessions to show Partners how our platform can support and amplify their work.
- Dedicated funding for marketing, typically an underinvested area for nonprofits.
- An internal Purpose Speaker Series to connect Purpose Partners with our employees.

Today, we're proud to power the work of 40 Purpose Partners advancing emotional wellbeing in over 30 countries—from established leaders in the mental health field to emerging and innovative community-based approaches. For example, BEAM (Black Emotional and Mental Health Collective) is addressing gaps in funding for Black-led mental health services across America through their Black Wellness Innovation Fund. Another partner, Purpose Project, is creating immersive, community-centered digital content to help young people develop social-emotional skills to navigate a rapidly changing world.



5  Initial $10 million commitment over 12 months.

PINS-CV08331_00198

# $10M

*pledged to advance emotional wellbeing*

# Pledge 1%

*We commit a portion of Pinterest's equity to fund social impact efforts as part of the global corporate movement*
*Pledge 1%*

While we're energized to see new, thoughtful ways of promoting emotional wellbeing, we also acknowledge the importance of addressing root causes of systemic issues and inequities. Through policy and advocacy efforts, our partner Inseparable has delivered several key wins that improve care for millions of Americans, including the launch of a first-of-its-kind nationwide school mental health report card.

There's no one-size-fits-all approach to community engagement, so we take a locally tailored and responsive approach. Across our key geographies, we lean on local expertise to guide our engagement. In San Francisco—where Pinterest's roots lie—our Purpose Partner Tipping Point Community is dedicated to fighting Bay Area poverty. Recognizing the connection between poverty and mental health, Pinterest supports Tipping Point's mental health initiative, designed to identify and address gaps in care. We also support their "POC-Led: Impact Through Equity" program, which helps develop and build capacity among leaders of color.

### Helping employees give back

Our employees are passionate about supporting their communities. In 2021, we debuted formal employee giving and volunteer benefits. Employees can now access $1,000 in annual donation matching[6].

They can also take 40 hours of paid time off to volunteer for their chosen cause—be it a local nonprofit, their child's school, nonpartisan voting efforts or a place of worship. Pinterest matches every volunteer hour with $30 for eligible organizations supported.

6  Available to all full-time, benefits-eligible employees.

Throughout 2021, over 1,000 employees (29%) embraced these opportunities, donating nearly $600,000, which, when matched by Pinterest, totaled over $1.5 million for nonprofits.

### Supporting our content creators

Creators are an important part of Pinterest. It's often their ideas on what to cook, how to decorate or where to travel that inspires our users. To help underrepresented creators grow, connect and succeed, we developed the Creator Fund. Not only can eligible participants access creator-focused education, they also receive $25,000 in cash grants, ad credits and equipment stipends to grow their online presence.

In March 2022, in support of Women's History Month, we provided 10 women-owned businesses with assistance to enhance brand visibility, with training, insights and performance optimization recommendations tailored to each recipient's needs. Also, in October 2022, we announced a global partnership with Headspace, offering tools for managing stress, increasing positivity and more to eligible creators.

**Quick links**
*Creating belonging for everyone* →
*A positive corner of the internet* →



## Care through creativity

Pinterest is a natural home for art and creativity. Several of our Purpose Partners leverage creative expression as a tool to promote emotional wellbeing. We're supporting the Foundation for Art & Healing to pilot a caregiver's version of their Colors & Connection program—helping caregivers find belonging through creative expression. The Art Therapy Project is similarly tapping into artmaking to help individuals manage trauma through group art therapy. With Pinterest's support, PeaceLove is expanding arts-based emotional wellbeing programming to more people in marginalized communities, providing an alternative to traditional or clinical mental health care.



PINS-CV08331_00200

# A positive corner of the internet

*The timeline for responsible content*



**2016**
Ads for sensitive content, including cultural appropriation and inappropriate costumes, prohibited

**2017**
Health misinformation policy launched, prohibiting anti-vaccination content

**2018**
Policy to prevent political ads

**2019**
Compassionate search for mental health support launched

Authoritative search experience for vaccine-related searches launched

**2020**
Policy to prohibit misinformation on elections and civic participation launched

**2022**
Weight loss ad policy updated to prohibit all ads with weight loss language and imagery

**2022**
Rollout of climate misinformation policy



We create spaces that resonate, where imaginations can run wild, and people can find more of what they love. And we want them to feel positive and inspired while doing so. This means being deliberate about evolving our platform through policy decisions and product developments.

Delivering a positive platform starts with proactive content policies that prioritize user wellbeing. Community guidelines govern what we expect on Pinterest. They outline what we expect of everyone creating content to nurture a positive, honest, welcoming and—above all—inspiring corner of the internet.

Comprehensive Advertising guidelines make it clear what can be promoted and how. We work hard to keep policies up-to-date and strive to remove content that violates them or negatively impacts users' emotional wellbeing. For example, in 2021, we introduced a policy that prohibits ads with weight-loss language and imagery. This stance made Pinterest one of the only major platforms to ban such advertising and built on our long-standing policies that prohibit body shaming and dangerous weight loss products or claims.

7  As of September 2022.

*A place of inclusion*

Responsible, inspiring content is about more than preventing harm; it's about helping people thrive online. We strive to make Pinterest accessible for everyone.

We're also innovating features to make our product more inclusive. Back in 2017—in response to user feedback—an idea was born: a feature that would give people control over their experiences, allowing them to narrow search results by skin tone range. And, by setting default search outputs to show diverse skin tones, the updates helped increase representation of underrepresented creators.

PINS-CV08331_00201

**23**

*countries where compassionate search features are available*

**1st**

*major digital platform to clearly define guidelines against false or misleading climate change information across content and ads*

Additionally, across our platform we have detected hair patterns in over 900 million images[7]. Using this information, users can now also tailor searches by hair pattern, getting inspiration that truly works for them without the need for search modifiers. They can also select the correct pronouns, another example of how, on Pinterest, everyone can be their truest self.

### Driving emotional wellbeing online

As people today spend a third of waking hours on mobile apps[8], it becomes even more important for Pinterest to be a nourishing place for inspiration. Since 2019, we've offered a compassionate search experience, with resources for people who feel anxious, stressed or sad. The feature is available in 23 countries, with organizations engaged to ensure resources are locally relevant.

### *Taking action*

We're constantly working to be better. To share our developing guardrails for what's acceptable content—and updates on efforts to uphold our Community guidelines—we currently publish a biannual transparency report.

### Cracking down on climate misinformation

We know users are coming to Pinterest for sustainability inspiration. We also know false information can impede efforts to nurture a healthy planet. In April 2022, we introduced a climate misinformation policy—the first major digital platform to clearly define guidelines against false or misleading climate change information across content and ads.

Whether it's conspiracy theories or outright denial, Pinterest is no place for misleading content. Informed by expert organizations, the Climate Disinformation Coalition and Conscious Advertising Network, the policy applies to advertisers, creators and users, and requires that any climate information shared on our platform is accurate.

To fuel sustainable attitudes, during Earth Month 2022 people searching for topics like "eco-friendly living" were directed to curated daily articles. A content series, launched with global creators and environmental activist Green Girl Leah, featured tips for environmentally responsible living.

### Quick links

Community guidelines →
Advertising guidelines →
Communities facing crises →
Biannual transparency report →
Privacy policy →



### Pinterest Havens: Invest in Rest

To celebrate World Mental Health Day 2021, we launched Pinterest Havens: Invest in Rest, which took place both online and in real life. Online, our Pinterest Havens board showed the connection between mental health and good rest, with ideas designed to combat the growing problem of burnout.

We also delivered an offline installation in Boxville, Chicago. Curated by local artist Dwight White and supported by our Purpose Partner Coffee, Hip Hop, & Mental Health, the installation brought wellbeing messages to life through immersive art and community programming.

Chance the Rapper participating in a children's activity at Pinterest Havens

8  Data AI, https://www.data.ai/en/insights/market-data/state-of-mobile-2022/.

PINS-CV08331_00202

# Prioritizing data protection



When people use Pinterest, they're trusting us to keep their data secure. This information supports more personalized experiences, with advertisements and content tailored to users' tastes and interests.

We want to give people easy-to-access information on how their data is used, maintaining a clear regularly updated online privacy policy.

We know users want to feel in control over what happens to the information they entrust to us, so we offer settings to customize their Pinterest experience and exercise their privacy rights. We also seek to protect our platform and business against cyberattacks. It's why we maintain robust cybersecurity measures.

*A comprehensive approach*

We maintain an Information Security team to oversee all data and business security areas, including:

- Enterprise security.
- Product security.
- Security operations.
- Infrastructure security.
- Detection and response.
- Governance, risk and compliance.

While we have a dedicated team, we also emphasize the shared responsibility of our employees to support ongoing product and company security. This is communicated during employee onboarding, and every year after, with everyone required to complete annual security awareness and compliance training. We hold lunchtime information sessions, open office hours for informal discussions and regularly communicate companywide on security initiatives. Quarterly updates are provided to executive leadership and the board of directors' Audit and Risk Committee.

PINS-CV08331_00203



2021 ESG Impact Report

About us    People    Product    Planet    Governance    21

# Planet

Earth is our home and we're on a never-ending journey to preserve it. Creating a better, healthier planet is about taking care of our natural spaces, using resources responsibly and working alongside our employees and communities.

PINS-CV08331_00204

# Taking care of our planet



When it comes to protecting the planet, we believe everyone has a role to play. At Pinterest we're committed to inspiring action—across our platform, within our operations and throughout our communities—starting with reducing our own emissions.

Climate change impacts how everyone lives, works and exists, disproportionately affecting historically marginalized and under-resourced communities.

The window of opportunity to avoid the most catastrophic climate change effects is rapidly closing. In response, we're taking on our emissions with a data-driven approach that targets four actions:

- **Track:** implement systems and processes to accurately monitor our global greenhouse gas (GHG) emissions.
- **Reduce:** invest in energy efficiency projects and purchase renewable electricity.
- **Engage:** work with suppliers to reduce indirect emissions and engage employees with resources on how to live and work with sustainability in mind.
- **Partner:** work with businesses, organizations, users and creators to share inspiration around building a healthy planet.

PINS-CV08331_00205

### 100% renewable electricity

Our offices represent our largest directly operated physical footprint; we're always looking for ways to make them more energy efficient. In September 2022, we announced our commitment to:

**Achieve 100% renewable electricity for our global offices in 2023**

We're starting with our San Francisco HQ, where we will receive 100% renewable electricity through CleanPowerSF's Super Green program. Across other offices, we'll purchase Energy Attribute Certificates, following a set of guiding principles which include:

- Prioritizing in-country projects within the same year the electricity was consumed.
- Sourcing from projects that maximize system impact.
- Supporting local communities.

For all new locations, we will strive to source renewable energy locally whenever possible, prioritizing office spaces that are highly rated and certified by the likes of LEED, BREEAM and Energy Star.

### PinPlanet: Pinterest's employee-led climate community

Our employees know that helping people create more inspired futures means caring about the planet too. On Earth Day 2022, we introduced PinPlanet, our Pinspiration Group of over 400 employees on a mission to create a sustainable future for all by inspiring climate action. Throughout the year, PinPlanet leaders hosted workshops, created community action opportunities for employees and worked with creators to develop content on living a more sustainable life.

### Collaborating for a more sustainable cloud

At Pinterest, most emissions are Scope 3, including emissions from cloud computing that makes our platform possible. We've worked with our cloud computing partner, Amazon Web Services (AWS), since 2018 to better understand our indirect carbon footprint—and their goals for reducing their emissions. Amazon is on a path to power its operations, including AWS data centers, with 100% renewable energy by 2025—five years ahead of its original 2030 commitment.

To drive greater insights, we were proud to support AWS in beta testing a customer carbon footprint tool, ahead of the 2022 launch for all customers. With the tool, anyone using AWS services can measure their estimated carbon emissions, evaluate AWS-linked emission trends and use the insights to forecast progress against climate goals.

### Partnering for Earth

Addressing climate change requires global, cross-industry collaboration. It's why we maintain memberships with organizations such as BSR™ and Project Drawdown's Drawdown Labs initiative: entities that exist to activate shared responsibility for realizing a healthier planet.

As well as strategic partnerships, we support the work of several environmentally focused organizations, including Intersectional Environmentalist and the Potential Energy Coalition. Specifically, we provide donations for their programs and advertising credits to boost their content on our platform.

**Quick link**
Creating belonging for everyone →

"*Uncovering and implementing climate solutions is a collaborative effort and one that every business has a role in. Through our partnership with Pinterest, I've seen how they are building a thoughtful sustainability program that inspires their employees, users and communities. I look forward to seeing how Pinterest's journey evolves and their continued partnership with Drawdown Labs members to deploy climate solutions at scale.*"

**Jamie Beck Alexander,** Director, Drawdown Labs

PINS-CV08331_00206

## Tracking our emissions

The latest Intergovernmental Panel on Climate Change report indicates it's still possible to limit the global temperature rise to 1.5°C—but only if everyone takes urgent action. We understand our responsibility to do our part, so have committed to set near-term emissions reduction targets in line with climate science and the Science Based Targets initiative (SBTi): a program designed to drive corporate climate action.

Starting in 2021, we partnered with enterprise climate platform, Watershed, to calculate our emissions inventory since 2019. We follow the GHG Protocol's guidelines—the leading global reporting standard for carbon calculation and corporate emissions—when calculating our Scope 1–3 emissions.

## Pinterest's carbon emissions (tCO₂e)⁹











| | Scope 1 | Scope 2 (market-based)¹⁰ | Scope 2 (location-based)¹¹ | Scope 3 |
|---|---|---|---|---|
| 2019 | 630 | 1,445 | 2,087 | 169,563 |
| 2020 | 555 | 1,245 | 1,718 | 167,635 |
| 2021 | 574 | 1,035 | 1,487 | 157,299 |

### Scope 3 categories¹²

| | Purchased goods and services | Capital goods | Fuel and energy-related activities | Waste generated in operations | Business travel | Employee commuting | Upstream leased assets |
|---|---|---|---|---|---|---|---|
| 2019 | 140,894 | 9,393 | 989 | 524 | 12,838 | 4,821 | 105 |
| 2020 | 153,507 | 7,526 | 794 | 112 | 3,282 | 2,577 | 37 |
| 2021 | 129,061 | 5,204 | 710 | 0.7 | 378 | 1,931 | 14 |

9  Scope 1 are direct emissions from sources we own and control; Scope 2 are indirect emissions from purchased energy; Scope 3 are indirect emissions from our upstream and downstream value chain.
10 The GHG Protocol defines market-based emissions as emissions from electricity that companies have purposefully chosen (or their lack of choice).
11 The GHG Protocol defines location-based emissions as the average emissions intensity of grids on which energy consumption occurs.
12 The following categories are not applicable in calculating Pinterest's Scope 3 emissions: upstream or downstream transportation and distribution; processing of sold products; use of sold products; end-of-life treatment of sold products; downstream leased assets; franchises; or investments.

PINS-CV08331_00207

# Protecting our resources

We know our environmental impacts go beyond emissions, so we monitor water use and waste streams, seeking to do more with less in a bid to protect precious natural resources.

### Mitigating water use

The first step to reducing our use of resources is to understand current impacts. While our direct reliance on water is minimal, we continuously monitor its use in our San Francisco HQ. In 2021, we implemented systems to track water and waste across our offices, where data is available, helping identify areas for improvement.

Our largest office in San Francisco is fitted with a greywater system that repurposes storm water for use in the toilets. During 2021, we completed a significant upgrade to re-pipe the HQ kitchen greywater system. The system collects water for reuse that would otherwise go down the drain, saving around 6,500 gallons of potable water every month.

### Old resources, new life

We see landfill as the absolute last resort for resources and offer recycling and composting in our offices where services exist. We also partner with organizations to recycle office furniture and equipment. Used laptops are sent to Revivn to be redistributed to communities in need.

As we've reimagined the work-life structure, offering flexibility to work from wherever, we've donated used and excess office furniture to local schools and organizations.

Where possible, we're cutting food waste by forecasting US employee meal requirements and sending used cooking oil for biofuel. When we do find ourselves with surplus, we work with Copia to donate it to nonprofits who deliver it to those in need—simultaneously maximizing our capacity for community impact. Between 2017 and 2021, we donated over 124,000 meals through the partnership.

**Waste reduction: a collective effort**
Our employees play an important role in our mission to avoid waste. To prevent overproduction of team swag—including branded clothing, accessories and stickers—employees can opt out of receiving promotional items. For each item they choose to avoid, a donation of equivalent value is made to the Environmental Defense Fund.

**Quick links**
*Creating careers and lives we love* →
*Communities facing crises* →

## A greener approach to growth in Toronto

We want to create workspaces that nourish employees, and which are operated in environmentally responsible ways. It's why we designed our new Toronto office with biophilic features and an indoor greenhouse— incorporating nature into our built environment to highlight the intersection between sustainability, wellness and design. And, with a commitment to use resources responsibly, we repurposed as many existing building materials as possible during the site remodel.



PINS-CV08331_00208



2021 ESG Impact Report

About us    People    Product    Planet    Governance                26

# Governance

At Pinterest, we foster a culture of responsible governance,
ethical conduct and accountability. We are committed to acting
with integrity; it's a commitment that is embedded
throughout our business and operations.

PINS-CV08331_00209

# Overseeing our efforts[13]

Good governance requires effective oversight, including ESG. We believe in sound corporate governance practices at both the board of directors and management level.

## Our governance structure

Pinterest's board is formed of eleven directors, each bringing a diverse background and experience. In line with our corporate governance guidelines, one of our independent directors, Andrea Wishom, serves as our lead independent director since our chairman is not independent.

The board oversees and reviews Pinterest's strategic direction and objectives, considering (among other things) risk profile and exposure, and key stakeholder relationships. Corporate Governance Guidelines assist the board in exercising its responsibilities and provide a structure for directors and management to effectively pursue company objectives for the benefit of stockholders.

Three standing board committees have distinct responsibilities, including ESG-specific responsibilities, described below and in more detail in committee charters on our investor relations website. The Nominating and Corporate Governance Committee is responsible for reviewing our ESG strategy, goals, initiatives and reporting on ESG matters. Pinterest management regularly updates the committee on ESG matters. In addition, the Talent Development and Compensation Committee is responsible for overseeing our D&I efforts, including receiving regular progress updates against our D&I goals.

## Best practice corporate governance

It's not just what we do that matters but how we do it. Good corporate governance drives accountability, transparency and decision-making that strengthens stakeholder confidence.

**Key highlights**
- Independent Lead Director.
- Board members diverse in skills, tenure, gender and age—with an age limit of 72.
- Regular board refreshes, with four new members since 2019.
- Board committees composed of 100% independent directors.
- Annual board evaluation by the Nominating and Corporate Governance Committee and Lead Director.
- Stock ownership guidelines, applicable to executive officer and non-employee directors.
- Proxy access for stockholders, with standard conditions on director nominations.
- Director resignation submission required if they don't receive a majority vote during uncontested elections.
- Number of public company boards directors may serve on limited to five; Pinterest's CEO limited to serving on three.

13 The data and information in the governance section is as of December 31, 2022.

PINS-CV08331_00210

## A robust approach to risk

We maintain a defined approach to assessing and managing risks and circumstances that could impact our ability to achieve strategic objectives. We refresh our Enterprise Risk Assessment (ERA) process annually, using the previous year's ERA results as a baseline, researching potential emerging risks and interviewing relevant stakeholders to gather perspectives on Pinterest's top enterprise risks. These insights help direct ongoing risk management conversations with senior management and the Audit and Risk Committee, including expanding executive management awareness and oversight on newly identified risks.

**Quick links**
*Board of directors →*
*Investor relations website →*

## Board of directors

**Audit and Risk Committee**
- Responsible for financial and accounting matters and reporting and associated risks.
- Oversees enterprise risk management (ERM), including risks related to information security, data protection and privacy.
- Oversees legal and regulatory matters as well as compliance policies and procedures.

**Talent Development and Compensation Committee**
- Responsible for compensation of employees and the board.
- Reviews and oversees development, implementation and effectiveness of policies, objectives and strategies related to talent attraction, retention and development.
- Oversees I&D efforts and other aspects of human capital management.

**Nominating and Corporate Governance Committee**
- Oversees matters relating to governance, director succession, board refreshment and diversity, ESG and stockholder engagement.

# Putting ethics at the heart of business



We want to do right by everyone: users and employees, creators and advertisers, partners and stockholders. Each day, we work to deliver inspiration while upholding high ethical and responsible standards.

PINS-CV08331_00211



### A multifaceted approach to ethical conduct

We maintain various publicly available company policies, including a Code of Business Conduct & Ethics that outlines the ethical, lawful conduct we expect from everyone at Pinterest. A Supplier Code of Conduct establishes expectations for suppliers working with Pinterest. We ask suppliers to acknowledge this code as part of our due diligence and onboarding process. Both documents are available in multiple languages.

Every new hire must complete Ethics & Code of Conduct training and confirm they have read the code. Periodic communications and refresher trainings on this and related topics support our ongoing efforts to enhance employee understanding of these expectations.

#### A culture of support

If employees see unethical behavior, they should feel comfortable coming forward to report concerns. We encourage employees to discuss matters with their managers, but we also understand there may be circumstances when they would prefer to raise issues via another route.

We maintain various channels for submitting complaints, comments and reports of misconduct. In addition to our People Care team, HR Business Partners and Legal and Compliance team lawyers, an online EthicsPoint portal is available to employees and partners 24/7 and offers the choice to remain anonymous. Similarly, reports can be made via telephone hotline, with the option for anonymity.

We take reports very seriously and conduct investigations promptly, thoroughly, with empathy and as confidentially as possible. We have a non-retaliation policy that is designed to help people come forward without fear of retribution. We also have an employee-facing guide that explains the investigation process, including the role of the investigator, how decisions are made, expectations of employees in the process, resources available to employees, and our prohibition against retaliation.

Pinterest launched an Ombuds Program in 2022, providing a channel for employees to ask questions, raise concerns and seek guidance on resolving work challenges. The program, one of the first in the technology sector, complies with the International Ombuds Association Code of Ethics and is a confidential, impartial, informal function that operates independently of existing complaint and issue-resolution processes.

### Respecting and protecting human rights

Respecting human and labor rights is vital to how we create safe, healthy workspaces. We support international standards such as the Universal Declaration of Human Rights and expect those we work with to do the same.

Our Code of Business Conduct & Ethics and internal Respect in the Workplace policy detail our expectations on anti-harassment and discrimination; and our Supplier Code of Conduct outlines expectations for partners regarding human rights, harassment, discrimination and equal opportunities. We periodically review Pinterest's policies to provide for their alignment with company values and global laws.

Additionally, in the UK, we publish an annual Modern Slavery Act Transparency Statement, covering the policies and practices we maintain to combat slavery and human trafficking across our business, platform and supply chains. Our Community guidelines outline actions Pinterest takes to prevent content concerning human trafficking and forced or compulsory labor on our platform.

**Quick link**
*Policies and guidelines →*

PINS-CV08331_00212

## Forward-Looking Statements and Website References

This report, and the materials or websites referenced, contain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, which statements involve substantial risk and uncertainties.

Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts and are often characterized by the use of words such as "believes," "strives," "seeks," "aims," "aspires," "estimates," "expects," "projects," "may," "will," "intends," "plans," "targets," "forecasts" or "anticipates," or by discussions of strategy, plans or intentions, including with respect to sustainability, employees, corporate responsibility, environmental matters, data privacy and security, philanthropy and business risks and opportunities. Such forward-looking statements involve known and unknown risks, uncertainties, assumptions and other important factors that could cause our actual results, performance or achievements, or industry results, to differ materially from historical results or any future results, performance or achievements expressed, suggested or implied by such forward-looking statements. These statements are based on our historical performance and on current plans, estimates and projections in light of information currently available to us, and therefore you should not place undue reliance on them.

Inclusion of forward-looking information should not be regarded as a representation by us or any other person that future plans, estimates, goals, targets or expectations contemplated by us will be achieved. Forward-looking statements made in this report speak only as of the date on which such statements are first made, and we undertake no obligation to update them in light of new information or future events, regardless of any historical practice of doing so, except as required by law. Further, historical, current and forward-looking sustainability-related statements may be based on internal controls and processes that continue to evolve, standards for measuring progress that are still developing and assumptions that are subject to change in the future.

The information included in, and any issues identified as material for purposes of, this report may not be considered material for Securities and Exchange Commission (SEC) reporting purposes. In the context of this report, the term "material" is distinct from, and should not be conflated with, such term as defined for SEC reporting purposes. Website references and hyperlinks throughout this report are being provided for convenience only. The content on the referenced websites is not incorporated by reference into this report, nor does it constitute a part of this report.

Unless expressly indicated or context requires otherwise, the terms "Pinterest," "company," "we," "us," and "our" in this document refer to Pinterest, Inc., a Delaware corporation, and, where appropriate, its wholly owned subsidiaries. The term "Pinterest" may also refer to our products, regardless of the manner in which they are accessed. Statements in this report reflect data as of December 31, 2021, unless otherwise indicated.



Pinterest has spent an estimated **$3,047,672.52 USD** on DEI-related work from November 2022 to May 2023.

CONFIDENTIAL