UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ***IN RE PINTEREST DERIVATIVE LITIGATION*** | No. C 20-08331-WHA<br>No. C 20-08438-WHA<br>No. C 20-09390-WHA<br>No. C 21-05385-WHA<br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS. | **ORDER RE MOTION FOR ATTORNEY'S FEES** |

A prior order provided a detailed account of this derivative action (Dkt. No. 115). Put briefly, this suit was filed by Pinterest shareholders due to allegations of race and sex discrimination at defendant Pinterest, Inc. In early 2021, Pinterest began to implement the special committee's reforms (Dkt. No. 107). These lawsuits were consolidated in a series of orders issued between December 2020 and July 2021 (Dkt. Nos. 28, 39, 49, 86). The parties reached a settlement in November 2021 (Dkt. No. 99). The settlement provided incremental reforms beyond those provided by the special committee. Preliminary approval was given in February 2022 (Dkt. No. 115). Final approval of the settlement was granted in June 2022 (Dkt. No. 134) along with an award of $2,500,000 in attorney's fees. That same order also stated that a further amount may be awarded in two years based on future compliance and a showing of actual benefit that has flowed from the incremental reforms (*ibid*.).

Over the past two years, plaintiffs' counsel has monitored Pinterest's compliance with the settlement and has worked with defense counsel to file bi-annual status reports. In the latest reports, plaintiffs' counsel expressed that Pinterest leadership has complied with, and in some case, "exceeded our expectations" in meeting the goals of the settlement (Dkt. 143). For example, by June 2023, there was an increase in women represented in leadership positions from 33% to 40% (Dkt. No. 141). Pinterest has also maintained an Ombuds Office pilot program over the past two years which is tasked with providing advice to individual employees and gathering information regarding potentially systemic problems that may inhibit diverse and inclusive and diverse environments (Dkt. No. 142). Pinterest also implemented a program called the Inclusive Product Program, which uses artificial intelligence to ensure that information and content on its platform represent different body types, shapes, and sizes (*ibid.*). Out of the $50 million that Pinterest is required to invest in inclusion and diversity initiative over the next ten years, Pinterest has spent about $12.5 million over the past two years (Dkt. No. 143).

Plaintiffs' counsel have now filed the instant motion for attorney's fees in the amount of $2,500,000 (Dkt. No. 144). Pinterest has filed a statement of non-opposition (Dkt. No. 145). Having reviewed the status reports over the past two years and found that Pinterest has indeed made strides in creating a more diverse workspace and diverse content on the Pinterest website, this order is satisfied with Pinterest's compliance and plaintiffs' monitoring that compliance. This order would, however, urge both sides to continue to work together to ensure that the terms and goals of this settlement are implemented over the next eight years.

The motion for attorney's fees in the amount of $2,500,000 is hereby **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2